

EXHIBIT 3

Case 3:18-cv-00749   Document 1-1   Filed 08/09/18   Page 1 of 4 PageID #: 27



The GFW Amped Anthology 4-Part Series will air on Pay Per View on August 11th! There are huge stars on this PPV, including Bobby Roode, Nick Aldis, Cody and Chael Sonnen!

**What is GFW Amped Anthology?**

Amped Anthology will air as a 4-part tournament style One Night Only Pay-Per-View series for IMPACT Wrestling, starting on August 11th.

Fans can expect a full-throttle, action-packed wrestling show from start to finish, as some of the biggest names in professional wrestling compete inside the six-sided ring from the Orleans Hotel and Casino in Las Vegas.

In 'Part I' we will see international stars in action like Sanada, PJ Black, Nick Aldis, Kushida, The Bollywood Boys, and Sonjay Dutt. Up and comers Kevin Kross, Kongo Kong, and Virgil Flynn also bring their unique and physical styles to the ring. Superstars on the first card include Mickie James, Bobby Roode, Brian Myers and Chris "The Adonis" Mordetzky.

Calling the action is legendary MMA fighter and podcast mogul Chael Sonnen and international ring announcer Cyrus Fees.

As co-founder of GFW, Karen Jarrett says, "We can't wait for everyone to see the Amped Anthology Series. The names alone are worth the price of the Pay-Per-View."

Wrestling
2

Case 3:18-cv-00749   Document 1-1   Filed 08/09/18   Page 2 of 4 PageID #: 28



The GFW Amped Anthology 4-Part Series will air on Pay Per View on August 11th! There are huge stars on this PPV, including Bobby Roode, Nick Aldis, Cody and Chael Sonnen!

**What is GFW Amped Anthology?**

Amped Anthology will air as a 4-part tournament style One Night Only Pay-Per-View series for IMPACT Wrestling, starting on August 11th.

Fans can expect a full-throttle, action-packed wrestling show from start to finish, as some of the biggest names in professional wrestling compete inside the six-sided ring from the Orleans Hotel and Casino in Las Vegas.

In 'Part I' we will see international stars in action like Sanada, PJ Black, Nick Aldis, Kushida, The Bollywood Boys, and Sonjay Dutt. Up and comers Kevin Kross, Kongo Kong, and Virgil Flynn also bring their unique and physical styles to the ring. Superstars on the first card include Mickie James, Bobby Roode, Brian Myers and Chris "The Adonis" Mordetzky.

Calling the action is legendary MMA fighter and podcast mogul Chael Sonnen and international ring announcer Cyrus Fees.

As co-founder of GFW, Karen Jarrett says, "We can't wait for everyone to see the Amped Anthology Series. The names alone are worth the price of the Pay-Per-View."

Wrestling




Case 3:18-cv-00749   Document 1-1   Filed 08/09/18   Page 4 of 4 PageID #: 30