Free Domestic Shipping On All Orders Over $50

Call Us Today: 1-888-786-2862



ACCOUNT           USD                MY CART     0

SEARCH

**HOME**    **CLOTHING & APPAREL**    **DVDS & MEDIA**    **COLLECTIBLES**    **TICKETS**    **DEALS**    **KNOCKOUTS**

**WRESTLERS**    **MORE**

HOME / AMPED

## Search our store

Your search for "amped" revealed the following:

SEARCH

SALE





**GFW Amped Collection**

$49.99  ~~$71.96~~

SALE





**One Night Only: Amped Anthology Part 2**

$17.99 $19.99

SALE





**One Night Only: Amped Anthology Part 3**

$17.99 ~~$19.99~~

SALE





**One Night Only: Amped Anthology Part 4**

$17.99 ~~$19.99~~

SALE





**One Night Only: Amped Anthology Part 1**

$17.99  ~~$19.99~~

Showing items 1-5 of 5.

| Signup for Email Updates | Enter Your Email Address | Join |   |

### Menu

Home
Clothing & Apparel
DVDs & Media
Collectibles
Tickets
Deals
Knockouts
Wrestlers
More

### More Information

F.A.Q
Wholesale Information
Size Chart
Shipping Policy

## About

ShopIMPACT is the merchandising branch of IMPACT Wrestling.  ShopIMPACT sells merchandise at all the Live Events as well as online.

With hundreds of items from all you favorite IMPACT Superstars and Knockouts, ShopIMPACT is sure to have something for you.

Thanks for visiting ShopIMPACT! Enjoy!

Copyright © 2018 ShopIMPACT.com Shopify Theme by Underground Powered by Shopify

