IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Global Force Entertainment, Inc. et.al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-00749 |
| ) | |
| Anthem Sports & Entertainment Corp., et al ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Anthem Sports & Entertainment Corp. and Anthem Wrestling Exhibitions, LLC, enter a special appearance, without waiving any defenses, to move this Honorable Court for an extension of time to file their response to Plaintiff's Complaint in this matter. Defendants requested until October 15, 2018, to file their response and counsel for Plaintiff has indicated that Plaintiff has no objection. A proposed Order is attached.

Dated this 14th day of September, 2018.

Respectfully submitted,

**BASS, BERRY & SIMS PLC**

By: /s/ Paige W. Mills
. Paige W. Mills (TN #016218)
150 Third Avenue So, Suite 2800
Nashville, TN 37201
(615)742-6200
pmills@bassberry.com

*Attorneys for Anthem Sports & Entertainment Corp. and Anthem Wrestling Exhibitions, LLC*

## CERTIFICATE OF SERVICE

       I hereby certify that on September 14, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

Samuel F. Miller
Nicholas R. Valenti
Grace Van Dyke James
Miller Legal Partners, PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, TN 37219

                                                                   /s/ Paige W. Mills

25389059.1