# United States of America
## United States Patent and Trademark Office

# JEFF JARRETT

**Reg. No. 3,269,268**

**Registered Jul. 24, 2007**

**Renewal Term Begins Jul. 24, 2017**

**10 Year Renewal/Corrected**

**Int. Cl.: 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

TNA Entertainment, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1404 51st Avenue N.
Nashville, TENNESSEE 37209

CLASS 28: toy action figures and accessories therefor

FIRST USE 10-1-2002; IN COMMERCE 10-1-2002

CLASS 41: Entertainment services, namely wrestling exhibits and performances by a professional wrestler and entertainer; providing wrestling news and information via a global computer network

FIRST USE 10-1-2002; IN COMMERCE 10-1-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies JEFF JARRETT, whose consent(s) to register is submitted.

SER. NO. 78-534,102, FILED 12-16-2004



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office



EXHIBIT A