PTO Form 1957 (Rev 5/2006)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78534102 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (028)(current)** | |
| INTERNATIONAL CLASS | 028 |
| DESCRIPTION | |
| Toy action figures and accessories therefor, novelty toy figures, toy vehicles, playsets, playthings, costumes and related accessories, stuffed toys and plush toys | |
| FILING BASIS | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (028)(proposed)** | |
| INTERNATIONAL CLASS | 028 |
| DESCRIPTION | Toy action figures and accessories therefor |
| FILING BASIS | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (041)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (025)(class added)** | |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION | |
| Costumes, namely wrestling costumes and masks for children and teenagers | |
| FILING BASIS | Section 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| NAME(S), PORTRAITS(S), SIGNATURE(S) OF INDIVIDUAL(S) | "The name(s), portrait(s), and/or signature(s) shown in the mark identifies JEFF JARRETT , whose consent(s) to register is submitted." |
| CONSENT FILE NAME(S) | \\TICRS\EXPORT7\IMAGEOUT7 \785\341\78534102\xml1\ROA0002.JPG |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEES DUE | 325 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Robert L. Brewer/ |
| SIGNATORY NAME | Robert L. Brewer |
| SIGNATORY POSITION | Attorney |
| SIGNATURE DATE | 01/19/2006 |

EXHIBIT

| RESPONSE SIGNATURE | /Robert L. Brewer/ |
|---|---|
| SIGNATORY NAME | Robert L. Brewer |
| SIGNATORY POSITION | Attorney |
| SIGNATURE DATE | 01/19/2006 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Jan 19 17:13:16 EST 2006 |
| TEAS STAMP | USPTO/ROA-XX.XXX.XXX.XXX-20060119171316514626-7853 4102-3207756cfd9664d51612 9293d7563290f0-DA-505-200 60119163910114373 |

PTO Form 1957 (Rev 5/2006)
OMB No. 0651-0050 (Exp. 04/2009)

## Response to Office Action

**To the Commissioner for Trademarks:**

Application serial no. **78534102** has been amended as follows:
**Classification and Listing of Goods/Services**

**Applicant hereby amends the following class of goods/services in the application as follows:**
Current: Class 028 for Toy action figures and accessories therefor, novelty toy figures, toy vehicles, playsets, playthings, costumes and related accessories, stuffed toys and plush toys
Original Filing Basis: 1(b).
Proposed: Class 028 for Toy action figures and accessories therefor
**Applicant hereby adds the following class of goods/services to the application:**
New:
Class 025 for Costumes, namely wrestling costumes and masks for children and teenagers
**Section 1(b),** The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection withthe identified goods and/or services as of the filing date of the application. (15 U.S.C. Section 1051(b)).

**Additional Statements**
"The name(s), portrait(s), and/or signature(s) shown in the mark identifies JEFF JARRETT , whose consent(s) to register is submitted."
Consent1

**Fees**
Fee(s) in the amount of $325 is being submitted.

**Declaration Signature**
If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii). If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods or services listed in the application as of the application filing date. 37 C.F.R. Secs. 2.34(a)(1)(i). The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to

deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /Robert L. Brewer/ Date: 01/19/2006
Signatory's Name: Robert L. Brewer
Signatory's Position: Attorney

**Response Signature**

Signature: /Robert L. Brewer/ Date: 01/19/2006
Signatory's Name: Robert L. Brewer
Signatory's Position: Attorney

RAM Sale Number: 505
RAM Accounting Date: 01/20/2006

Serial Number: 78534102
Internet Transmission Date: Thu Jan 19 17:13:16 EST 2006
TEAS Stamp: USPTO/ROA-XX.XXX.XXX.XXX-200601191713165
14626-78534102-3207756cfd9664d516129293d
7563290f0-DA-505-20060119163910114373

# CONSENT

I, Jeff Jarrett, hereby give consent to the registration of the trademark, JEFF JARRETT (Serial No. 78/534,102), for "costumes, namely wrestling costumes and masks for children and teenagers" in International Class 25, "toy action figures and accessories therefor" in International Class 28 and "entertainment services, namely wrestling exhibits and performances by a professional wrestler and entertainer; providing wrestling news and information via a global computer network" in International Class 41, and authorize the registration of the name as a trademark for such goods and services with the United States Patent and Trademark Office.

_____
Jeff Jarrett

RAM SALE NUMBER: 505
RAM ACCOUNTING DATE: 20060120

| INTERNET TRANSMISSION DATE: | SERIAL NUMBER: |
|---|---|
| 2006/01/19 | 78/534102 |

| Description | Fee Code | Transaction Date | Fee | Number Of Classes | Total Fees Paid |
|---|---|---|---|---|---|
| New App | 7001 | 2006/01/19 | 325 | 1 | 325 |