# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

ETAS ID: TM457944

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 01/01/2017 |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| TNA Entertainment, LLC | | 01/11/2018 | Limited Liability Company: DELAWARE |

## RECEIVING PARTY DATA

| Name: | Anthem Wrestling Exhibitions LLC |
|---|---|
| Street Address: | 3201 Dickerson Pike |
| City: | Nashville |
| State/Country: | TENNESSEE |
| Postal Code: | 37207 |
| Entity Type: | Limited Liability Company: DELAWARE |

## PROPERTY NUMBERS Total: 28

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3121784 | TURNING POINT |
| Registration Number: | 3506358 | TOTAL NONSTOP ACTION TNA WRESTLING |
| Registration Number: | 3952422 | TNA WRESTLING REACTION |
| Registration Number: | 3764972 | TNA WRESTLING EPICS |
| Registration Number: | 3884786 | TNA KNOCKOUTS |
| Registration Number: | 3224115 | TNA |
| Registration Number: | 3164710 | SLAMMIVERSARY |
| Registration Number: | 3283628 | SACRIFICE |
| Registration Number: | 3214021 | NO SURRENDER |
| Registration Number: | 3134284 | LOCKDOWN |
| Registration Number: | 3269268 | JEFF JARRETT |
| Registration Number: | 3285428 | IMPACT! |
| Registration Number: | 4970659 | IMPACT WRESTLING |
| Registration Number: | 4129676 | IMPACT WRESTLING |
| Registration Number: | 3134285 | HARD JUSTICE |
| Registration Number: | 3291804 | GENESIS |
| Registration Number: | 3146546 | FINAL RESOLUTION |
| Registration Number: | 4100087 | ELIMINATE THE HATE |

EXHIBIT C

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3319556 | DESTINATION X |
| Registration Number: | 3768662 | CURRY MAN |
| Registration Number: | 3719279 | CROSS THE LINE |
| Registration Number: | 3047062 | BOUND FOR GLORY |
| Registration Number: | 3115159 | AGAINST ALL ODDS |
| Registration Number: | 3265829 | ABYSS |
| Registration Number: | 3201178 | X DIVISION |
| Registration Number: | 3134024 | VICTORY ROAD |
| Serial Number: | 86472934 | IMPACT WRESTLING |
| Serial Number: | 87160285 | IMPACT GRAND CHAMPIONSHIP |

**CORRESPONDENCE DATA**
**Fax Number:** 6152482954
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
**Phone:** 615-742-7944
**Email:** mmoore@bassberry.com
**Correspondent Name:** Martha B. Allard
**Address Line 1:** 150 3rd Ave. S.
**Address Line 2:** Suite 2800
**Address Line 4:** Nashville, TENNESSEE 37201

| ATTORNEY DOCKET NUMBER: | 111384-225 |
|---|---|
| NAME OF SUBMITTER: | Martha B. Allard |
| SIGNATURE: | /Martha B Allard/ |
| DATE SIGNED: | 01/12/2018 |

**Total Attachments: 5**
source=TNA Trademark Assignment#page1.tif
source=TNA Trademark Assignment#page2.tif
source=TNA Trademark Assignment#page3.tif
source=TNA Trademark Assignment#page4.tif
source=TNA Trademark Assignment#page5.tif

# TRADEMARK ASSIGNMENT

TRADEMARK ASSIGNMENT made as of 1st day of January 2017 (the "Effective Date") by and among TNA Entertainment LLC, a Delaware limited liability company with an address at 3201 Dickerson Pike, Nashville, TN (the "Assignor") and Anthem Wrestling Exhibitions, LLC, a Delaware limited liability company with an address at 3201 Dickerson Pike, Nashville, TN (the "Assignee").

Assignor owns all right, title and interest to certain trademarks, the applications and/or registrations for which are set forth in SCHEDULE A (collectively, the "Trademarks"). Assignor wishes to assign all right, title and interest to the Trademarks to Assignee.

NOW, THEREFORE, for $10.00 and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby assign to Assignee, its successors, assigns and legal representatives, the entire, full and exclusive right, title and interest in and to the Trademarks, together with the goodwill of the business symbolized by the Trademarks and any applications and/or registrations therefor, and the right (but not the obligation) to assert the Trademarks and to collect for all past, present and future infringements, and claims for damages and the proceeds thereof, including, without limitation, license royalties and proceeds of infringement suits and all rights corresponding thereto throughout the world by reason of any past and future acts of infringement that have occurred or may occur.

If any of the Trademarks are the subject of an application based on Assignor's *bona fide* intent to use the Trademarks in commerce, Assignor hereby represents that Assignee is the successor to the portion of Assignor's ongoing and existing business to which the application and the Trademarks pertain.

TNA Entertainment LLC

By: [signature]
Name: Edwin Nordholm
Title: Authorized Signing Officer

Anthem Wrestling Exhibitions, LLC

By: [signature]
Name: Edwin Nordholm
Title: President

23528521.1

## Schedule A

| Country | Mark | Serial No. Filing Date | Reg. No. Reg. Date | Status |
|---|---|---|---|---|
| United States | ABYSS | 78534100 December 16, 2004 | 3265829 July 17, 2007 | Registered |
| United States | AGAINST ALL ODDS | 78473816 August 26, 2004 | 3115159 July 11, 2006 | Registered |
| United States | BOUND FOR GLORY | 78473814 August 26, 2004 | 3047062 January 17, 2006 | Registered |
| United States | CROSS THE LINE | 77402964 February 21, 2008 | 3719279 December 1, 2009 | Registered |
| United States | CURRY MAN | 77609548 November 7, 2008 | 3768662 March 30, 2010 | Registered |
| United States | DESTINATION X | 78473811 August 26, 2004 | 3319556 October 23, 2007 | Registered |
| United States | ELIMINATE THE HATE | 85199340 December 16, 2010 | 4100087 February 14, 2012 | Registered |
| United States | FINAL RESOLUTION | 78489787 September 27, 2004 | 3146546 September 19, 2006 | Registered |
| United States | GENESIS | 78702373 August 29, 2005 | 3291804 September 11, 2007 | Registered |
| United States | HARD JUSTICE | 78570756 February 18, 2005 | 3134285 August 22, 2006 | Registered |
| European Union | IMPACT | 011329281 November 8, 2012 | 011329281 May 16, 2014 | Registered |
| United States | IMPACT GRAND CHAMPIONSHIP | 8716 0285 September 2, 2016 | | Allowed |
| United States | IMPACT WRESTLING | 85245134 February 17, 2011 | 4129676 April 17, 2012 | Registered |

| Country | Mark | Serial No. Filing Date | Reg. No. Reg. Date | Status |
|---|---|---|---|---|
| United States | IMPACT WRESTLING & Design | 86472934 December 5, 2014 | | Allowed |
| United States | IMPACT WRESTLING & Design | 86978833 December 5, 2014 | 4970659 May 31, 2016 | Registered |
| United States | IMPACT! | 77109593 February 16, 2007 | 3285428 August 28, 2007 | Registered |
| United States | JEFF JARRETT | 78534102 December 16, 2004 | 3269268 July 24, 2007 | Registered |
| United States | LOCKDOWN | 78570753 February 18, 2005 | 3134284 August 22, 2006 | Registered |
| United States | NO SURRENDER | 78611622 April 19, 2005 | 3214021 February 27, 2007 | Registered |
| United States | SACRIFICE | 78632899 May 19, 2005 | 3283628 August 21, 2007 | Registered |
| United States | SLAMMIVERSARY | 78598050 March 30, 2005 | 3164710 October 31, 2006 | Registered |

TRADEMARK

| Country | Mark | Serial No. Filing Date | Reg. No. Reg. Date | Status |
|---|---|---|---|---|
| European Union | TNA | 011329191 November 8, 2012 | 11329191 July 27, 2017 | Registered |
| United States | TNA | 78697793 August 22, 2005 | 3224115 April 3, 2007 | Registered |
| United States | TNA KNOCKOUTS | 77731983 May 7, 2009 | 3884786 December 7, 2010 | Registered |
| United States | TNA WRESTLING EPICS | 77646883 January 9, 2009 | 3764972 March 23, 2010 | Registered |
| United States | TNA WRESTLING REACTION & Design | 85012077 April 12, 2010 | 3952422 April 26, 2011 | Registered |
| European Union | TNA XPLOSION | 11174083 September 10, 2012 | 11174083 February 8, 2013 | Registered |
| India | TNA XPLOSION | 2469632 January 31, 2013 | | Pending |
| United States | TOTAL NONSTOP ACTION TNA WRESTLING & Design | 78281869 August 1, 2003 | 3506358 September 23, 2008 | Registered |

| Country | Mark | Serial No. Filing Date | Reg. No. Reg. Date | Status |
|---|---|---|---|---|
| United States | TURNING POINT | 78473804 August 26, 2004 | 3121784 July 25, 2006 | Registered |
| United States | VICTORY ROAD | 78472279 August 24, 2004 | 3134024 August 22, 2006 | Registered |
| United States | X DIVISION | 78777245 December 20, 2005 | 3201178 January 23, 2007 | Registered |

23528620.1

TRADEMARK