Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

## Trademark/Service Mark Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** GFW(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/86287062/large)
**SERIAL NUMBER:** 86287062

The applicant, Global Force Wrestling, LLC, having an address of
   318 Northcreek Blvd., Ste. 150
   Goodlettsville, Tennessee 37072
   United States
is submitting the following allegation of use information:

**For International Class 009:**
Current identification: Digital media, namely, downloadable audio and video recordings, DVDs, and high definition digital discs featuring wrestling entertainment excluding instruction and information in the field of sports technique

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are **permanently deleted:** downloadable audio and video recordings and high definition digital discs

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Digital media, namely, DVDs featuring wrestling entertainment excluding instruction and information in the field of sports technique
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/11/2017, and first used in commerce at least as early as 08/11/2017, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) photograph showing mark used on the goods.
Specimen File1

For International Class 016:
Current identification: Posters and photographs

All ITU goods/services in this class are to be deleted


For International Class 021:
Current identification: Insulated containers for beverage cans for domestic use

All ITU goods/services in this class are to be deleted


For International Class 025:
Current identification: Clothing, namely t-shirts, bandanas and hats

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are **permanently deleted:** bandanas

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Clothing, namely t-shirts and hats
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/19/2014, and first used in commerce at least as early as 04/19/2014, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) photograph of the goods.

EXHIBIT
D

Specimen File1

For International Class 038:
Current identification: Streaming of audio and video material on the Internet featuring professional wrestling entertainment, excluding instruction and information in the field of sports technique

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/07/2014, and first used in commerce at least as early as 04/07/2014, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) screenshot showing mark used in connection with the services.
Specimen File1

For International Class 041:
Current identification: Entertainment services, namely, wrestling exhibits and performances by professional wrestlers and entertainers, excluding instruction and information in the field of sports technique

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/12/2015, and first used in commerce at least as early as 06/12/2015, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) photograph advertising the services.
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $400 will be submitted with the form, representing payment for the allegation of use for 4 classes.

## Declaration

The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and

belief are believed to be true.

Signature: /JJ/     Date Signed: 03/09/2018
Signatory's Name: Jeffrey L. Jarrett
Signatory's Position: CEO

RAM Sale Number: 86287062
RAM Accounting Date: 03/12/2018

Serial Number: 86287062
Internet Transmission Date: Mon Mar 12 07:09:47 EDT 2018
TEAS Stamp: USPTO/SOU-XX.XX.XXX.XX-20180312070947302
062-86287062-51077f21afe76eaf2b6cb1edf51
4b9de3fb4b391482962435ce5c72a65451a1f2-D
A-8642-20180308075417885596









# FEE RECORD SHEET

Serial Number: 86287062

RAM Sale Number: 86287062

RAM Accounting Date: 20180312

Total Fees: $400

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20180312 | $100 | 4 | $400 |

Transaction Date: 20180312