UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
GLOBAL FORCE ENTERTAINMENT,      )
INC., et al.,                    )
                                 )
        Plaintiffs,              )
                                 )
             v.                  )   NO.: 3:18-cv-0749
                                 )   Chief Judge Crenshaw/Brown
ANTHEM SPORTS & ENTERTAINMENT    )   JURY DEMAND
CORP., et al.,                   )
                                 )
        Defendants.              )
```

**O R D E R**

On November 1, 2018, Defendant Anthem Sports filed a Motion to Dismiss Plaintiffs' Claims for Lack of Personal Matter Jurisdiction (Docket Entry 23), and Defendants Anthem Sports and Anthem Wrestling filed a Motion to Dismiss Plaintiffs' Claims for Failure to State a Claim and/or Lack of Subject Matter Jurisdiction (Docket Entry 28) in this matter.

As provided in the Initial Case Management Order (Docket Entry 22), responses should be filed within **twenty-eight (28) days** of filing of the motions, and any replies should be filed within **fourteen (14) days** of service of the responses. The motion and response memoranda are limited to **25 pages** and the reply is limited to **5 pages**, absent Court permission.

Except as provided above, no other filings in support of or in opposition to the pending dispositive motions shall be made, except with the express permission of the District Judge.

The Clerk is directed to forward the file to Judge Crenshaw for his consideration.

It is so **ORDERED**.

        /s/ Joe B. Brown
        JOE B. BROWN
        United States Magistrate Judge