IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC. and JEFFREY JARRETT<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM SPORTS & ENTERTAINMENT CORP. and ANTHEM WRESTLING EXHIBITIONS, LLC,<br><br>Defendants. | CIVIL ACTION NO. NO. 3:18-cv-00749<br><br>CHIEF JUDGE CRENSHAW<br><br>MAGISTRATE JUDGE JOE BROWN<br><br>JURY DEMAND |

## DECLARATION OF ALEXANDRIA GRACE VAN DYKE JAMES

I, Alexandria Grace Van Dyke James, declare and state as follows:

1. I am an attorney at Miller Legal Partners PLLC and counsel for Global Force Entertainment, Inc., and Jeffrey Jarrett (collectively "Plaintiffs") in the above-captioned action. I am over the age of twenty-one and have personal knowledge of the facts set forth in this declaration.

2. Attached hereto as Exhibit 1 is a true and copy of email correspondence with the Copyright Office requesting an extension to submit deposit copies sent August 31, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of email correspondence with the Copyright Office requesting an extension to submit deposit copies sent October 2, 2018.

4. Attached hereto as Exhibit 3 are true and correct copies of emails from the Copyright Office received November 8, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2018

_____
Alexandria Grace Van Dyke James