IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC. and JEFFREY JARRETT<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM SPORTS & ENTERTAINMENT CORP. and ANTHEM WRESTLING EXHIBITIONS, LLC,<br><br>Defendants. | CIVIL ACTION NO. NO. 3:18-cv-00749<br><br>CHIEF JUDGE CRENSHAW<br><br>MAGISTRATE JUDGE JOE BROWN<br><br>JURY DEMAND |

### CERTIFICATE OF SERVICE FOR
### DECLARATION OF ALEXANDRIA GRACE VAN DYKE JAMES

I certify that on this 29th day of November 2018, the DECLARATION OF ALEXANDRIA GRACE VAN DYKE JAMES was filed and served via the Court's CM/ECF filing system upon the following:

Paige W. Mills
BASS, BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Phone: (615) 742-6200
Email: pmills@bassberry.com

/s/ Samuel F. Miller
Samuel F. Miller