IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Global Force Entertainment, Inc. and Jeffrey Jarrett,<br><br>      Plaintiffs,<br><br>v.<br><br>Anthem Sports Entertainment Corp., and Anthem Wrestling Exhibitions, LLC,<br><br>      Defendants. | Case No. 3:18-cv-00749 |

## SECOND DECLARATION OF EDWIN NORDHOLM

Having been duly sworn and being of majority age, I testify as follows:

1. My name is Edwin Nordholm. I hold the position of Executive Vice President of Anthem Sports & Entertainment Corp. ("Anthem Sports").

2. In their response to Defendants' Motion to Dismiss Due to Lack of Personal Jurisdiction, Plaintiffs' reference a press release that states in boilerplate at the end "Anthem Sports & Entertainment Corp. is a global sports and entertainment media company with offices and studios in New York, Toronto, Los Angeles and Nashville." This is merely imprecise language. As stated in my first Declaration, Anthem Sports & Entertainment Corp. is a holding company for a number of operating companies and/or media brands that are part of the Anthem portfolio. These operating companies have offices in US cities, but Anthem Sports does not. There *is* a Nashville office for Anthem Wrestling Exhibitions, LLC ("Anthem Wrestling") one of the operating companies in the Anthem portfolio but Anthem Sports is a separate legal entity from Anthem Wrestling and does not have an office in Nashville.

3. Plaintiffs also attached a screen capture from Linkedin that indicates that an individual named Shane Emerson works for Anthem Sports and "lives in the greater Nashville area" This is not correct. Shane Emerson has never been an employee of Anthem Sports. He was an employee of TNA Enterprises LLC ("TNA") during 2016 when Anthem Sports made its first investment in TNA, and became an employee of Anthem Wrestling on January 1, 2017 when Anthem Wrestling acquired the assets and undertaking of TNA pursuant to the exercise of creditor remedies against TNA and its parent company. Mr. Emerson is no longer employed by Anthem Wrestling (or any affiliate of Anthem Sports or Anthem Wrestling).

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 12th day of December, 2018.

Edwin Nordholm

25826543.1

# CERTIFICATE OF SERVICE

   I hereby certify that on December 13, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Samuel F. Miller
 Nicholas R. Valenti
 A. Grace Van Dyke James
 Miller Legal Partners, PLLC
 Fifth Third Center – Suite 2000
 424 Church Street
 Nashville, TN 37219
 MillerLegalPartners.com


            /s/ Paige W. Mills