IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GLOBAL FORCE, ENTERTAINMENT, INC. and JEFFREY JARRET<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM SPORTS & ENTERTAINMENT CORP. and ANTHEM WRESTLING EXHIBITIONS, LLC,<br><br>Defendants. | CIVIL ACTION NO. 3:18-cv-00749<br><br>CHIEF JUDGE CRENSHAW<br><br>MAGISTRATE JUDGE BROWN<br><br>JURY DEMAND |

## PLAINTIFF'S MOTION TO COMPEL

Plaintiffs Global Force Entertainment, Inc ("GFE") and Jeffrey Jarrett (collectively "Plaintiffs"), pursuant to Fed. R. Civ. P. 37 and Local Rule 37.01, respectfully move the Court to compel Defendants to produce documents responsive to Plaintiffs' Requests for Production Nos. 13 and 14.

Defendants have refused to provide documents responsive to Request for Production Nos. 13 and 14 due to alleged contractual obligations owed to third parties that bar disclosure without an Order requiring disclosure. A true and correct copy of Defendants' responses to the Requests and pertinent correspondence[1] between counsel for the parties are attached hereto as <u>Exhibit 1</u> and <u>2</u> respectively. Defendants have voiced no objection as to the relevancy, proportionality, or scope of these requests. <u>Exhibits 1</u> and <u>2</u>. This Motion simply seeks the Order required by Defendants

---

[1] Irrelevant portions of the communications are redacted.

mandating they produce responsive documents so the parties may continue with discovery. Plaintiffs do not request fees, costs, or any other sanction in association with this Motion.

    WHEREFORE, Plaintiffs respectfully request an Order compelling Defendants to produce documents responsive to Requests for Production Nos. 13 and 14.

Respectfully submitted,

/s/ A. Grace Van Dyke James
Samuel F. Miller (BPR No. 022936)
Nicholas R. Valenti (BPR No. 035420)
A. Grace Van Dyke James (BPR No. 035667)
MILLER LEGAL PARTNERS PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, TN 37219
Telephone/Fax: (615) 988.9011
Email: Smiller@millerlegalpartners.com
       Nvalenti@millerlegalpartners.com
       Gjames@millerlegalpartners.com

*Attorneys for Plaintiff Louisiana-Pacific Corporation*

## **LOCAL RULE 37.01(b)(2) CERTIFICATION**

    The undersigned hereby certifies that a meet and confer with opposing counsel was requested on January 28, 2019 in a good faith effort to resolve by agreement the issues raised in the above Motion to Compel. The request was denied by Defendants, stating it would be unproductive because they are required to keep the responsive documents confidential except pursuant to a Court Order. For the same reason, no joint statement is filed herewith.

/s/ Samuel F. Miller
Samuel F. Miller

2

Case 3:18-cv-00749   Document 50   Filed 02/15/19   Page 2 of 3 PageID #: 432

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of February 2019, the foregoing document was served via the Court's CM/ECF system upon the following:

  Paige W. Mills
  BASS, BERRY & SIMS, PLC
  150 Third Avenue South, Suite 2800
  Nashville, TN 37201
  Phone: (615) 742-6200
  Email: pmills@bassberry.com

                                      /s/ A. Grace Van Dyke James
                                        A. Grace Van Dyke James

3

Case 3:18-cv-00749   Document 50   Filed 02/15/19   Page 3 of 3 PageID #: 433