| | |
|---|---|
| **From:** | Mills, Paige |
| **To:** | Sam Miller |
| **Cc:** | A. Grace Van Dyke James; McClanahan, Teresa |
| **Subject:** | RE: GFE ANTHEM Correspondence 1 28 2019 |
| **Date:** | Thursday, January 31, 2019 11:42:53 AM |

Sam,

Please consider this email my response to your letter dated January 28, 2019. ████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ As for the documents responsive to 13-14, those documents require us to keep them confidential, except pursuant to a court order. Unfortunately, because I don't feel like I have any room to negotiate on this point, I don't think a meet and confer would be productive on this issue. ████████████████████████████████ ████████████████████████████████████████████████

████████████████
████████████████████████
████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

Thanks,

Paige

---

**From:** Sam Miller [mailto:smiller@millerlegalpartners.com]
**Sent:** Thursday, January 31, 2019 10:05 AM
**To:** Mills, Paige
**Cc:** A. Grace Van Dyke James
**Subject:** RE: GFE ANTHEM Correspondence 1 28 2019

Paige –

We have not received a response to my letter from Monday. At this point, I must insist that we have a meet and confer and if you are unwilling to do so, we will file a motion so informing the court. I have a meeting from 1 p.m. to 2:30 p.m. downtown today. I can meet you before then or after that meeting. I have another meeting around noon tomorrow downtown and could meet you before or after that as well.

Please advise as to what works for you.

Thank you.

Sam



Samuel F. Miller
Miller Legal Partners PLLC
615.988.9011

**Confidentiality Notice:** This email may contain information that is privileged, confidential or otherwise protected from disclosure. It may not be used by, or its contents copied or disclosed to, persons other than the address(ees). If you have received this email in error please notify the sender immediately and delete the email. Any views or opinions expressed in this message are solely those of the author, and do not necessarily reflect those of Miller Legal Partners PLLC.
**Warning:** It is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect their systems or data. Please carry out such virus and other checks as you consider appropriate.

---

**From:** Sam Miller
**Sent:** Monday, January 28, 2019 5:03 PM
**To:** 'Mills, Paige' <PMills@bassberry.com>
**Cc:** A. Grace Van Dyke James <gjames@millerlegalpartners.com>
**Subject:** GFE ANTHEM Correspondence 1 28 2019

Paige:

Please see correspondence attached.

Sam


Samuel F. MIller



Fifth Third Center – Suite 2000
424 Church Street
Nashville, TN 37219

Email: smiller@millerlegalpartners.com
Direct: 615.988.9011
Main: 615.988.9590
https://www.MillerLegalPartners.com

Please note our recent name change from Bahou Miller PLLC.

**Confidentiality Notice:** This email may contain information that is privileged, confidential or otherwise protected from disclosure. It may not be used by, or its contents copied or disclosed to, persons other than the address(ees). If you have received this email in error please notify the sender immediately and delete the email. Any views or opinions expressed in this message are solely those of the author, and do not necessarily reflect those of Miller Legal Partners PLLC.
**Warning:** It is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect their systems or data. Please carry out such virus and other checks as you consider appropriate.

**This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.**



SAMUEL F. MILLER, MEMBER
**Direct Phone/Fax**: 615.988.9011
**Email**: smiller@millerlegalpartners.com

January 28, 2019

**Via Email**

Paige W. Mills
BASS, BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Phone: (615) 742-6200
Email: pmills@bassberry.com

      Re:    *Global Force Entertainment, Inc. et al v. Anthem Sports & Entertainment Corp.* **(Case No. 3:18-cv-00749)**

Dear Paige:

    We received your clients' ("Defendants'") responses to the Second Set of Requests for Production.



    In your email dated January 17, 2019, you note documents responsive to Requests Nos. 13-14 require a "court order" for production. Please advise as to your availability for tomorrow or Wednesday so we can have the meet-and-confer to file a motion to compel and obtain the order.



    We understand that you are working to produce the other documents that your clients agreed to produce in response to requests for production. However, we would like to get a data

214 Overlook Circle, Suite 275, Brentwood, Tennessee 37027
615.988.9502 www.millerlegalpartners.com

Case 3:18-cv-00749   Document 50-2   Filed 02/15/19   Page 4 of 6 PageID #: 443

1



certain for depositions because I have a trial in June and, therefore, we will need to schedule depositions sufficiently before that time.

We kindly request your responses by as soon as possible. We are available for a meet-and-confer unable to resolve these differences this week.

Nothing herein should be construed as an admission or a waiver of any claim or defense.

Sincerely,

Samuel F. Miller

cc: Global Force Entertainment, Inc.
Jeff Jarrett
A. Grace Van Dyke James

| From: | Mills, Paige |
|---|---|
| To: | Sam Miller; A. Grace Van Dyke James |
| Cc: | McClanahan, Teresa |
| Subject: | RE: GFE/Anthem: Second Set of Discovery Requests |
| Date: | Thursday, January 17, 2019 7:54:51 PM |
| Attachments: | Anthem000001 to 000006.pdf |
| | ANTHEM00007.pdf |

Sam and Grace,

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████ I have documents that are responsive to Requests 13 – 14 but they are contracts with third parties that contain confidentiality provisions that I cannot share. I can only produce them pursuant to a court order.

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████████████████

Thanks,

Paige



**Paige Mills**
Member

**Bass, Berry & Sims PLC**
150 Third Avenue South, Suite 2800 • Nashville, TN 37201
615-742-7770 phone • 615-742-0429 fax
pmills@bassberry.com • www.bassberry.com

**From:** Sam Miller <smiller@millerlegalpartners.com>
**Sent:** Tuesday, January 15, 2019 4:43 PM
**To:** Mills, Paige <PMills@bassberry.com>; A. Grace Van Dyke James <gjames@millerlegalpartners.com>
**Cc:** McClanahan, Teresa <TMcClanahan@bassberry.com>
**Subject:** RE: GFE/Anthem: Second Set of Discovery Requests

Hi Paige –

When are we going to get actual documents produced to us? If we cannot get a date certain by tomorrow, I'd like to set up a meet and confer for Friday.