# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Global Force Entertainment, Inc. and Jeffrey Jarrett, | |
| Plaintiffs, | Case No. 3:18-cv-00749<br>Chief Judge Waverly D. Crenshaw, Jr. |
| v. | Magistrate Judge Joe B. Brown |
| Anthem Sports & Entertainment Corp., and Anthem Wrestling Exhibitions, LLC, | |
| Defendants. | |

## ORDER MODIFYING SCHEDULING ORDER

The Court has reviewed Plaintiffs Global Force Entertainment, Inc. and Jeffrey Jarett (collectively "Plaintiffs") and Anthem Wrestling Exhibitions, LLC's ("Anthem Wrestling") Joint Agreed Motion to Modify Scheduling Order and finds that it is well-taken and should be granted. Accordingly, the Court amends the Scheduling Order as follows:

a. All written discovery and deposition of all fact witnesses shall be completed on or before December 6, 2019;

b. All expert witnesses and reports shall be identified and disclosed on or before December 6, 2019;

c. All rebuttal expert witnesses and reports shall be identified and disclosed on or before January 13, 2020;

d. All expert witnesses shall be deposed on or before January 31, 2020; and

e. All dispositive motions to be filed on or before February 14, 2020, with responses to dispositive motions filed within 28 days after the filing of the

motion and any optional replies may be filed within 14 days after the filing of the response.

It is so ORDERED this ____ day of _____, 2019

_____
Chief Judge Waverly D. Crenshaw, Jr