IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Global Force Entertainment, Inc. and Jeffrey Jarrett, | )<br>)<br>) Case No. 3:18-cv-00749 |
| Plaintiffs, | ) Chief Judge Waverly D. Crenshaw, Jr. |
| v. | ) Magistrate Judge Joe B. Brown<br>) |
| Anthem Sports & Entertainment Corp., and Anthem Wrestling Exhibitions, LLC, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ryan A. Lee of Bass, Berry & Sims PLC, 150 Third Avenue South, Suite 2800, Nashville, TN 37201, appears on behalf of Defendant Anthem Wrestling Exhibitions, LLC in the above-captioned matter.

Dated this 6th day of December, 2019.

Respectfully submitted,

/s/ Ryan A. Lee
Paige W. Mills (#016218)
Ryan A. Lee (#031937)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I do certify I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system on this 6th day of December 2019, which will send a notice of electronic filing to:

Samuel F. Miller
Nicholas R. Valenti
Sara R. Ellis
MILLER LEGAL PARTNERS, PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, TN 37219
smiller@millerlegalpartners.com
nvalenti@millerlegalpartners.com
sellis@millerlegalpartners.com

*Counsel for Plaintiffs*

                                                /s/ Ryan A. Lee
                                                Ryan A. Lee