# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GLOBAL FORCE ENTERTAINMENT, )
INC. and JEFFREY JARRETT, )
)
    Plaintiffs, )
)
vs. ) CASE NO.
) 3:18-CV-00749
)
ANTHEM SPORTS & ENTERTAINMENT )
CORP., and ANTHEM WRESTLING )
EXHIBITIONS, LLC, )
)
    Defendants. )
_____

\*\*\* CONTAINS CONFIDENTIAL PORTIONS \*\*\*

DEPOSITION OF

KURT A. MYERS, CPA/ABV

Taken on Behalf of the Defendants

December 5, 2019

Commencing at 9:45 a.m.

_____

Reported by: Jerri L. Porter, RPR, CRR
Tennessee LCR No. 335
Expires: 6/30/2018

1  step back.
2          You're the treasurer.  Who are the owners
3  of -- well, when it was created, who were the
4  shareholders of Global Force Entertainment?
5  A      When it was created, Jeff Jarrett was the
6  shareholder.
7  Q      The shareholder.  So you assisted
8  Mr. Jarrett in setting up the corporation.  I
9  understand you didn't file the documents and those
10 types of things, but you did advise him in setting
11 up the corporation?
12 A      I did.
13 Q      You said that in 2014, Mr. Jarrett was the
14 sole shareholder.  Is there more than one
15 shareholder now?
16 A      There is, yes.
17 Q      And who is that?
18 A      Scott D'Amore is a 5 percent shareholder.
19 Q      And do you know when Mr. D'Amore became a
20 shareholder of Global Force Entertainment?
21 A      Not exactly.  It was at some point in 2014.
22 Q      So fairly early on?
23 A      Yes.
24 Q      And do you know how -- what consideration
25 Mr. D'Amore paid or provided for his 5 percent

1  in -- I knew in July that it was going to be August,
2  September, October, and December.
3  Q      And when you had this conversation with Ed
4  Nordholm saying that You've broadcast an asset that
5  you don't own, and you're going to owe us some
6  money, did you tell him you can't air the December
7  broadcast?
8              MR. MILLER:  Objection to form.
9              THE WITNESS:  No, I did not tell him --
10 I would have thought that he would not have gone
11 ahead and done it.  But no, I did not tell him.  I
12 didn't think it was necessary to tell him that he
13 couldn't.
14 BY MR. LEE:
15 Q      If you -- if Mr. Nordholm agreed that some
16 money was going to have to be paid for the
17 broadcasts, is it possible that he understood that
18 that included the December broadcast as well?
19             MR. MILLER:  Are you asking if he -- if
20 Mr. Nordholm understood?
21             MR. LEE:  I'm asking if, based upon his
22 conversation with Mr. Nordholm, did he have any --
23 was Mr. Nordholm -- let me rephrase the question.
24 BY MR. LEE:
25 Q      During your discussions with Mr. Nordholm at

1  the time of Mr. Jarrett's termination, you did not
2  specifically tell Mr. Nordholm that the December
3  broadcast couldn't occur; is that correct?
4              MR. MILLER:  Objection to form.
5              THE WITNESS:  That's correct, I did not
6  specifically tell him that.  I didn't think that
7  that had to be told.
8  BY MR. LEE:
9  Q      So, your position is, then -- let me make
10 sure I understand your position -- is that
11 Mr. Nordholm agreed that amounts were going to have
12 to be paid for the broadcasts that occurred in July,
13 September, and October, and that the December
14 broadcast should not have occurred.  Is that --
15             MR. MILLER:  Objection to the form.
16 BY MR. LEE:
17 Q      Is that your position?
18 A      State the question again.
19 Q      Based upon what you just said, is it your
20 position that, based on your discussion with
21 Mr. Nordholm at the time of Mr. Jarrett's
22 termination, that Anthem Wrestling was going to have
23 to pay amounts to Global Force Entertainment for the
24 July, September, and October broadcasts and that the
25 December broadcast should not have occurred?

1  REPORTER'S CERTIFICATE

3  I, Jerri L. Porter, RPR, CRR, Notary
4  Public and Court Reporter, do hereby certify that I
5  recorded to the best of my skill and ability by
6  machine shorthand all the proceedings in the
7  foregoing transcript, and that said transcript is a
8  true, accurate, and complete transcript to the best
9  of my ability.
10  I further certify that I am not an
11  attorney or counsel of any of the parties, nor a
12  relative or employee of any attorney or counsel
13  connected with the action, nor financially
14  interested in the action.
15  SIGNED this 16th day of December, 2019.

_____
Jerri L. Porter, RPR, CRR

22  My Notary commission expires: 2/6/2022
23  Tennessee LCR No. 335
    Expires: 6/30/2020