# EXHIBIT E

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF TENNESSEE
                      AT NASHVILLE

GLOBAL FORCE                    )
ENTERTAINMENT, INC., and        )
JEFFREY JARRETT,                )
                                )
Plaintiffs/                     )
Counter-Defendants,             ) CIVIL ACTION NO.
                                ) 3:18-cv-00749
                                )
vs.                             ) CHIEF JUDGE CRENSHAW
                                )
ANTHEM WRESTLING                ) MAGISTRATE JUDGE JOE
EXHIBITIONS, LLC,               ) BROWN
                                )
Defendant/                      ) JURY DEMAND
Counterclaim-Plaintiff.         )
_____ )
```

                    Videotaped Deposition of:

                         EDWARD NORDHOLM

       Taken on behalf of the Plaintiffs/Counter-Defendants

                         December 3, 2019

                      Commencing at 8:47 a.m.

---

Reported by: Florence Kulbaba, LCR

Tennessee LCR No. 070

Expires: 05/07/23

Brentwood Court Reporting Services
(615)791-6983 * * * (888)991-DEPO

1  Q.     This is a true and correct copy of an e-mail
2  from Ariel Shnerer to you, cc'ing Mr. Asper, dated
3  November(sic) 6th, 2017, correct?
4  A.     Not that date, no.  I'm not sure whether --
5  Q.     I'm sorry.  September 6th.  Let me try again.
6         This is a true and correct copy of an e-mail
7  from Ariel Shnerer to you and Mr. Asper dated September
8  6th, 2017, correct?
9  A.     Correct.
10 Q.     And attached to it there is a draft of a press
11 release for, a draft of a press release saying that
12 Global Force Wrestling, a subsidiary of Anthem Sports &
13 Entertainment Corp., announced today numerous global
14 and digital expansion initiatives, including plans to
15 launch the Global Wrestling Network."  Do you see that?
16 A.     Yep.
17 Q.     Was this press release ever released?
18 A.     I don't know.
19 Q.     Why does it say Global Force Wrestling instead
20 of Anthem Wrestling?
21 A.     Because at this point in time we were
22 effectively running -- this says Global Force, Anthem
23 Wrestling as Global Force as if the merger had
24 happened.  We'd announced the merger.  The shows were
25 being prepared under Jeff's direction with GFW branding

Page 190
1  in the shows, they put the GFW into the logo, we were
2  operating, for PR purposes, as if we had merged.
3  Q.      I'm now going to show what we'll mark as
4  Exhibit 156.
5              (Marked Exhibit No. 156.)
6  BY MR. MILLER:
7  Q.      This is a true and correct copy of an e-mail
8  from Mr. Shnerer to Mr. Shnerer dated September 24th,
9  2017, correct?
10 A.      It hasn't popped up yet, but -- so, again,
11 yes, this is a copy of an e-mail that Ariel sends to a
12 large group in a format where he addresses it to
13 himself and the group that receives the e-mail is under
14 the blind copies.
15 Q.      I'm now showing you what we'll mark as
16 Exhibit 157.
17             (Marked Exhibit No. 157.)
18 BY MR. MILLER:
19 Q.      This is a true and correct copy of an e-mail
20 from Mr. Skinner, Chris Skinner to you dated September
21 5th 2017, correct?
22 A.      The top one is.  Yep.
23 Q.      So if you go through this chain on the first
24 page you sent an e-mail to Mr. C-i-e-s-i-e-n-s-k-y,
25 Ciesiensky?

```
 1                  C E R T I F I C A T E
 2              I, Florence Kulbaba, Court Reporter and Notary
 3    Public, State of Tennessee at Large, do hereby certify
 4    that I recorded to the best of my skill and ability by
 5    machine shorthand the deposition contained herein, that
 6    same was reduced to computer transcription by myself,
 7    and that the foregoing is a true, accurate, and
 8    complete transcript of the examination under oath
 9    testimony heard in this cause.
10              I further certify that the witness was first
11    duly sworn by me and that I am not an attorney or
12    counsel of any of the parties, nor a relative or
13    employee of any attorney or counsel connected with the
14    action, nor financially interested in the action.
15              This 17th day of December, 2019.
16
17
18
19
20    
                        Florence Kulbaba
21                      LCR No. 070
22
23
24    My Commission Expires:
25    May 7, 2023
```