UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC. and JEFFREY JARRETT,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHEM WRESTLING EXHIBITIONS, LLC,<br><br>    Defendant. | No. 3:18-cv-00749 |

## ORDER

In accordance with the telephone status conference on April 15, 2020, the Court confirms the following rulings:

(1) Plaintiffs' Motion for Leave to file a Motion for Partial Summary Judgment (Doc. No. 101) is **DENIED AS MOOT**.

(2) Defendant's Motion for Summary Judgment (Doc. No. 103) is hereby **TAKEN UNDER ADVISEMENT**, although, as indicated, the Court's present inclination is to deny the motion because of the existence of numerous issues of material fact.

(3) Plaintiffs' unopposed Motion for Leave to File Under Seal (Doc. No. 109) is **GRANTED IN PART** and **DENIED IN PART** as follows:

(A) The Motion is **GRANTED** with respect to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, provided, however, that an unredacted copy of Plaintiffs' Opposition be filed as of record;

(B) The Motion is **GRANTED** with respect to Exhibits 6, 13, and 20 attached to

1

Plaintiffs' Statement of Additional Material Fact;

(C) The Motion is **DENIED** with respect to the categories of documents identified on pages 3 to 4 of Doc. No. 109. Said denial is **WITHOUT PREJUDICE** to Defendant filing a supplemental motion on or before 5:00 p.m. on April 22, 2020 identifying with specificity the documents it wants sealed, together with an adequate explanation for that sealing.

(4) The parties' Joint Motion to Amend the Case Management Schedule (Doc. No. 117) is **GRANTED** to the extent it requested an extension to April 3, 2020 for the late filing of Defendant's reply brief. The Motion is also **GRANTED** to the extent it requests that Defendant be allowed until May 1, 2020, to depose Plaintiffs' expert. On or before 5:00 p.m. on April 22, 2020, Defendant shall inform the Court of the date of that deposition, and whether it will be conducted in person, by video, or by phone.

(5) The Joint Motion for Extension to Extend the Time for Filing a Reply (Doc. No. 118) is **GRANTED** because that reply has already been filed and has been considered by the Court.

(6) Defendant's Motion for Leave to File Excess Pages (Doc. No. 119) is **GRANTED**.

(7) Defendant's Motion to Amend/Correct Answer (Doc. No. 124) is **DENIED** because good cause has not been shown. In fact, the only competent evidence before the Court is a certified copy (Doc. No. 11-37) from the Secretary of State dated February 27, 2020, showing that Anthem Wrestling's principle place of business is in Toronto, Canada.

(8) Plaintiffs' Motion to Strike, or in the Alternative, Motion for Leave to File Sur-reply (Doc. No. 129) is **GRANTED** to the extent Plaintiffs seek leave to file a Sur-reply and that Sur-reply (Doc. No. 129-1) shall be filed as of record. On or before 5:00 p.m. on April 22, 202, Defendant may file

2

a response to that Sur-reply

(9) The parties shall attend and participate in a mediation session in a good faith effort to resolve this case. On or before 5:00 p.m. on April 22, 2020, the parties shall notify the Court of the identity of the mediator and the date of the mediation, which shall occur on or before May 15, 2020. The parties and a corporate representative shall attend mediation. A report indicating whether the case has been settled shall be filed by 5:00 p.m. on May 18, 2020.

(10) The June 30, 2020 trial date is realistic notwithstanding COVID-19, and the parties shall anticipate going forward on that date. The trial is expected to last five (5) to seven (7) days.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE