IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC. and JEFFREY JARRETT  Plaintiff/ Counter-Defendants,  v.  ANTHEM WRESTLING EXHIBITIONS, LLC,  Defendant/Counterclaim-Plaintiff. | CIVIL ACTION NO. 3:18-cv-00749  CHIEF JUDGE CRENSHAW  MAGISTRATE JUDGE JOE BROWN  JURY DEMAND |

**UNOPPOSED MOTION TO MODIFY THE JUROR QUESTIONNAIRE AND REQUEST FOR EXPEDITED DETERMINATION PRIOR TO JURY QUESTIONAIRE MAILING**

Global Force Entertainment, Inc. and Jeffrey Jarrett ("Plaintiffs") respectfully request the Court make certain modifications to the juror questionnaire to address the Coronavirus Disease 2019 ("Covid-19") pandemic. Plaintiffs respectfully request an expedited determination to ensure that any additions granted by the Court are included on the jury questionnaire prior to its mailing (if mailing has not yet occurred). Counsel for Anthem Wrestling Exhibitions, LLC does not oppose this Motion.

In light of the Center for Disease Control ("CDC") and Tennessee Department of Health's recommendations, Plaintiffs request the addition of the following questions to the jury questionnaire:[1]

---

[1] Juror Qualification Questionnaire *available at* https://ecf.tnmd.uscourts.gov/ejuror/TransportRoom?servlet=questionnaire.jpg.

1. Do you have concerns regarding exposure to Covid-19 by serving as a juror?

2. In the last fourteen days, have you had or been exposed to a person believed to have had, been diagnosed with, or as having Covid-19?

3. Do you have any issue with the judge, attorneys, and witnesses not wearing masks during the course of this trial?

4. Would you prefer to wear a mask during the proceeding?

5. Are you comfortable serving if one or more jurors are not wearing masks?

Plaintiffs also request the Court excuse those potential jurors who answer "Yes" to any of the foregoing questions from jury duty for the present case.

Respectfully submitted,

MILLER LEGAL PARTNERS PLLC

*Hayley H. Baker*

Samuel F. Miller, TN Bar No. 22936
Sara R. Ellis, TN Bar No. 30760
Hayley H. Baker, TN Bar No. 037439
Fifth Third Center – Suite 2000
424 Church Street
Nashville, Tennessee 37129
Tel/Fax: (615) 988-9590
Email: SMiller@millerlegalpartners.com
          Sellis@millerlegalpartners.com
          Hbaker@millerlegalpartners.com

*Attorneys for Plaintiffs Global Force Entertainment, Inc. and Jeffrey Jarrett*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2020, the foregoing document was served via CM/ECF upon the following:

Paige W. Mills
Ashleigh D. Karnell

Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201

/s/ Hayley H. Baker