# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

|  |  |  |
|---|---|---|
| **GLOBAL FORCE ENTERTAINMENT, INC. and JEFFREY JARRETT** | ) ) ) ) | |
| | ) | **CIVIL ACTION NO. 3:18-cv-00749** |
| **Plaintiff/ Counter-Defendants,** | ) ) | **CHIEF JUDGE CRENSHAW** |
| **v.** | ) ) | **MAGISTRATE JUDGE JOE BROWN** |
| | ) | |
| **ANTHEM WRESTLING EXHIBITIONS, LLC,** | ) ) | **JURY DEMAND** |
| | ) | |
| **Defendant/Counterclaim-Plaintiff.** | ) | |

---

## PLAINTIFFS' MOTION TO WITHDRAW MOTION TO MODIFY THE JUROR QUESTIONNAIRE AND REQUEST FOR EXPEDITED DETERMINATION PRIOR TO JURY QUESTIONNAIRE MAILING

---

On June 2, 2020, Plaintiffs filed their Motion to Modify the Juror Questionnaire and Request for Expedited Determination Prior to the Jury Questionnaire Mailing. (Dkt. 142). Because the Court has informed the Parties that the Juror Questionnaires have already been mailed and questions have been added to address Covid-19, Plaintiffs withdraw their Motion. Plaintiffs' counsel notified Defendant's counsel of this Motion to Withdraw.

Respectfully submitted,

MILLER LEGAL PARTNERS PLLC

/s/ Hayley H. Baker
Samuel F. Miller, TN Bar No. 22936
Sara R. Ellis, TN Bar No. 30760
Hayley H. Baker, TN Bar No. 037439
Fifth Third Center – Suite 2000
424 Church Street
Nashville, Tennessee 37129

Tel/Fax: (615) 988-9590
Email: SMiller@millerlegalpartners.com
Sellis@millerlegalpartners.com
Hbaker@millerlegalpartners.com

*Attorneys for Plaintiffs Global Force*
*Entertainment, Inc. and Jeffrey Jarrett*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2020, the foregoing document was served via CM/ECF upon the following:

Paige W. Mills
Ashleigh D. Karnell
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201

/s/ Hayley H. Baker