# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Global Force Entertainment, Inc. and Jeffrey Jarrett, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 3:18-cv-00749<br>) Chief Judge Waverly D. Crenshaw, Jr. |
| v. | ) |
| Anthem Wrestling Exhibitions, LLC, | ) |
| Defendants. | ) |

## ANTHEM'S MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT OF GLENN PERDUE

Defendant Anthem Wrestling ("Anthem") moves this Honorable Court to exclude the expert report of Glenn Perdue. For the reasons set out in Anthem's Memorandum of Fact and Law filed contemporaneously with this Motion, Mr. Perdue's expert report is not reliable, would serve to confuse the jury, is not helpful to the trier of fact, and should be excluded from the trial of this matter. In support of this Motion, Anthem relies upon and references the following exhibits for which it has requested leave to file under seal:

Exhibit 1: The Expert Report of Glenn Perdue

Exhibit 2: Excerpts from the Deposition of Glenn Perdue

Anthem respectfully requests that this Honorable Court grant its Motion to Exclude the Expert Report of Glenn Perdue.

Respectfully Submitted,

**BASS, BERRY & SIMS PLC**

*/s/ Paige W. Mills*
Paige W. Mills, TN Bar No. 16218
Ashleigh D. Karnell, TN Bar No. 36074
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Phone: (615) 742-6200
Email: pmills@bassberry.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:


Samuel F. Miller
Sara R. Ellis
Hayley Hanna Baker
Miller Legal Partners, PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, TN 37219

                                                                      */s/ Paige W. Mills*