# EXHIBIT A

| From: | Hayley Hanna Baker <hbaker@millerlegalpartners.com> |
|---|---|
| Sent: | Friday, May 29, 2020 9:11 PM |
| To: | Karnell, Ashleigh D.; Mills, Paige |
| Cc: | Sam Miller; Sara R. Ellis; McClanahan, Teresa |
| Subject: | FW: Global v. Anthem - Supplemental Production |

Ashleigh and Paige,

Pursuant to Local Rule 39.01(e), here is a link to Plaintiffs' supplemental production:
https://bahoumillercom-my.sharepoint.com/:f:/g/personal/files_millerlegalpartners_com/EpxPOszaZY5GgFupj0FZ7GkBblHohaXrCJkDrLLJ3gJ8_Q?e=34Jg7L

The original attached folder got caught up in your mail system. Please let me know if you have any trouble accessing the documents.

Thanks,
Hayley Hanna Baker



Email: hbaker@millerlegalpartners.com
Main: 615.988.9590
Direct: 615.988.9017
https://www.MillerLegalPartners.com

**Confidentiality Notice:** This email may contain information that is privileged, confidential or otherwise protected from disclosure. It may not be used by, or its contents copied or disclosed to, persons other than the address(ees). If you have received this email in error please notify the sender immediately and delete the email. Any views or opinions expressed in this message are solely those of the author, and do not necessarily reflect those of Miller Legal Partners PLLC.

**Warning:** It is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect their systems or data. Please carry out such virus and other checks as you consider appropriate.

**From:** Hayley Hanna Baker
**Sent:** Friday, May 29, 2020 8:58 PM
**To:** Ashleigh D. Karnell (Other) <ashleigh.karnell@bassberry.com>; Paige Mills (Other) <pmills@bassberry.com>
**Cc:** Sara R. Ellis <sellis@millerlegalpartners.com>; Teresa McClanahan (Other) <tmcclanahan@bassberry.com>
**Subject:** Global v. Anthem - Supplemental Production

Counsel,

Attached is Plaintiffs' supplemental production pursuant to Local Rule 39.01(e).

Sincerely,
Hayley Hanna Baker

1



Email: hbaker@millerlegalpartners.com
Main: 615.988.9590
Direct: 615.988.9017
https://www.MillerLegalPartners.com

**Confidentiality Notice:** This email may contain information that is privileged, confidential or otherwise protected from disclosure. It may not be used by, or its contents copied or disclosed to, persons other than the address(ees). If you have received this email in error please notify the sender immediately and delete the email. Any views or opinions expressed in this message are solely those of the author, and do not necessarily reflect those of Miller Legal Partners PLLC.

**Warning:** It is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect their systems or data. Please carry out such virus and other checks as you consider appropriate.