# EXHIBIT A

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                       AT NASHVILLE
   _____
 3
   GLOBAL FORCE ENTERTAINMENT,
 4 INC. and JEFFREY JARRETT,

 5             Plaintiffs,    CASE NO. 3:18-cv-00749
                              CHIEF JUDGE WAVERLY D.
 6 vs.                        CRENSHAW, JR.
                              MAGISTRATE JUDGE
 7 ANTHEM SPORTS & ENTERTAINMENT JOE B. BROWN
   CORP., and ANTHEM WRESTLING
 8 EXHIBITIONS, LLC,

 9             Defendants.
   _____
10

11

12
                  Deposition of:
13
                  JEFFREY JARRETT 30(b)(6)
14                GLOBAL FORCE ENTERTAINMENT, INC.

15                Taken on behalf of the Defendants
                  November 19, 2019
16

17

18

19

20

21

22 _____

23              Huseby Nashville
          Deborah Harris Honeycutt, LCR
24       214 2nd Avenue North, Suite 207
            Nashville, Tennessee 37201
25               (615)256-1935
```

www.huseby.com　　　　　Huseby, Inc. Regional Centers　　　　　800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-00749   Document 156-1   Filed 06/05/20   Page 2 of 4 PageID #: 2293

1  as a four-part series you were employed by Anthem
2  Wrestling?
3         MR. MILLER:  Objection to form.
4         THE WITNESS:  Yes.
5  BY MR. LEE:
6  Q.    Going back to paragraph 112.  At the end it
7  says:  Likely to cause confusion.  Are you aware of
8  any actual confusion by any customers with respect
9  to what the alleged Anthem improper use of the
10 Global Force Wrestling or GFW marks?
11 A.    Can you clarify the question?  I want to make
12 sure.  Am I aware --
13 Q.    Are you aware of any actual confusion by
14 consumers or customers of Anthem Wrestling's
15 allegedly improper use of the Global Force Wrestling
16 or GFW marks?
17 A.    Yes.
18 Q.    Tell me, what is it?
19 A.    From the time that we split through generally
20 most of 2018, the wrestling fans continued to ask
21 questions in general like are you a part of Impact?
22 Did you leave Global Force and Impact?  Does Impact
23 own GFW?  Does GFW own Impact?  Just general
24 confusion in the marketplace on where things stood.
25 Q.    Similar to kind of that newspaper article we

www.huseby.com    Huseby, Inc. Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-00749    Document 156-1    Filed 06/05/20    Page 3 of 4 PageID #: 2294

1   looked at earlier from June of 2017, where even in
2   that article there was the Tennessean article where
3   he's talking about GFW where, again, it's not --
4   even the author of that article wasn't necessarily
5   accurately kind of stating things there?  It's that
6   type of confusion?  It's similar to that type of
7   confusion?
8           MR. MILLER:  Objection to form.
9           THE WITNESS:  I don't -- I -- I would --
10  I would not classify them exclusively in the same
11  category.
12  BY MR. LEE:
13  Q.      Okay.  So after the split through 2018, when
14  the wrestling fans would have this type of
15  confusion, how was that conveyed to you?  Who was
16  that conveyed to, to you individually or to Global
17  Force Entertainment?
18  A.      Both.
19  Q.      How did they convey that confusion to you?
20  A.      To me personally, at events, conventions,
21  wrestling shows, wrestling events.  And then on --
22  through social media.
23  Q.      Do you have -- so what social media accounts
24  does Global Force Entertainment have?
25  A.      Instagram, YouTube, Twitter, Facebook.

www.huseby.com                Huseby, Inc. Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-00749   Document 156-1   Filed 06/05/20   Page 4 of 4 PageID #: 2295