# EXHIBIT A



Deposition of:
# Ed Nordholm

*November 13, 2019*

In the Matter of:

# Global Force Entertainment, Inc., Et Al. Vs. Anthem Wrestling Exhibitions, LLC

Freedom Court Reporting
877.373.3660 | calendar-al@veritext.com | 205.397.2397

1      or not?
2              A.   Yeah.
3              Q.   Okay.  Does it appear to be a
4      true and correct copy of a spreadsheet that was
5      kept in the normal course of business?
6              A.   Yes.
7              Q.   Do you have any reason to dispute
8      that this is not a true and correct copy of a
9      spreadsheet produced by Anthem Wrestling that
10     you at least worked on?
11             A.   No reason to dispute it.  No
12     reason to know whether it was a final version of
13     it or an interim draft or what it was, what it
14     represents.
15             Q.   Now I'm going to show you what
16     was previously marked as Exhibit 10.  Do you
17     recognize this document or this spreadsheet?
18             A.   It hasn't popped up yet.
19             I recognize it as a spreadsheet in a
20     format that I prepared.  I don't know which
21     version of it it is.
22             Q.   If you look to sheet number 1 --
23     well, first, let me ask you, is this a
24     spreadsheet that was kept in the normal course
25     of business by Anthem Wrestling?

Page 132

1     A.    No.  I don't think Anthem
2  Wrestling gave a shit about this information.
3     Q.    I'm sorry?
4     A.    I don't think Anthem cared at all
5  about this information.  This is a spreadsheet
6  that I prepared for my own analysis for
7  discussing the terms of a deal with Jeff
8  Jarrett.
9     Q.    Does it appear to be a true and
10 correct copy of the spreadsheet you prepared?
11    A.    At some point.  I just -- as I
12 say, I don't know which version of it it is or
13 whether it was an early draft, the end draft,
14 someplace in between or whether it was something
15 distributed to other people or not.
16    Q.    All right.  I'm now showing you
17 sheet 1.  You should have it on your screen.
18 It's a tab sheet 1.  Can you see that?
19    A.    Yup.
20    Q.    Where it says "GFE Valuation
21 Metrics"?
22    A.    Yup.
23    Q.    Who, if anyone, prepared the
24 information on this tab?
25    A.    Me.

1  Q. Where -- the GF episodes, 16
2  hours, cost $100,000, value 1,600,000. Where
3  did that information come from?
4  A. I don't know. Probably from
5  Jeff. I know in other versions of the
6  spreadsheet that you've shown today sometimes
7  that's 1.3 million, sometimes -- I see it's now
8  1.6 million.
9  I think it was just a number as sort
10 of Jeff's indication as to how much money he had
11 invested in getting the content.
12 Q. Where it says in row 14, value of
13 GF episodes to Impact, 16 hours, cost $63,171,
14 value $1,010,743, who prepared that information?
15 A. This is just -- this spreadsheet
16 and the sheet in the spreadsheet is working to
17 reengineer to an equity ownership to deliver to
18 Jeff on the merger of the companies knowing that
19 we had a bunch of liabilities to crawl over.
20 And at various times -- like, I see in
21 this particular version of it, there is a
22 million dollars has to go to Arthur's -- Arthur
23 participation. And other versions of this
24 there's a zero there.
25 So basically it was a -- this is a

1  reverse engineering to get to, if we merge what
2  we wanted to end up with is that Jeff have a
3  certain level of equity. And Jeff told me kind
4  of what level of equity he wanted to have to
5  make this worth his while.
6  　　　　　Knowing that I had to merge that
7  company in, there's not that much to work with,
8  so how much value am I implicitly saying is
9  attached to either good will? You know, merger
10 accounting there's either going to be, if it's
11 -- if there's no tangible assets to sort of say,
12 I gave you X number of shares, so what am I
13 getting for it?
14 　　　　　It's either going to be good will, and
15 is there anything else? And the only other
16 thing else was the library, and the library was
17 something -- you know, the 16 hours was
18 something that at the very least I could get a
19 tax write-off for as if I bought a tangible
20 asset and that's something I'm going to get a
21 depreciation against in the company.
22 　　　　　So I'd rather have value attributed to
23 the shows than to good will.
24 　　　　　Q. So you attributed -- you chose to
25 attribute value to the shows?