```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                        AT NASHVILLE
    _____
 3
    GLOBAL FORCE ENTERTAINMENT,
 4  INC. and JEFFREY JARRETT,

 5             Plaintiffs,      CASE NO. 3:18-cv-00749
                                CHIEF JUDGE WAVERLY D.
 6  vs.                         CRENSHAW, JR.
                                MAGISTRATE JUDGE
 7  ANTHEM SPORTS & ENTERTAINMENT JOE B. BROWN
    CORP., and ANTHEM WRESTLING
 8  EXHIBITIONS, LLC,

 9             Defendants.
    _____
10

11

12
                      Deposition of:
13
                      JEFFREY JARRETT 30(b)(6)
14                    GLOBAL FORCE ENTERTAINMENT, INC.
15
                      Taken on behalf of the Defendants
16                    November 19, 2019

17

18

19

20

21

22  _____

23                     Huseby Nashville
                  Deborah Harris Honeycutt, LCR
24              214 2nd Avenue North, Suite 207
                  Nashville, Tennessee 37201
25                     (615)256-1935
```

www.huseby.com　　　　Huseby, Inc. Regional Centers　　　　800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-00749　Document 165-1　Filed 06/12/20　Page 1 of 6 PageID #: 2405

 1   as a four-part series you were employed by Anthem
 2   Wrestling?
 3             MR. MILLER:  Objection to form.
 4             THE WITNESS:  Yes.
 5   BY MR. LEE:
 6   Q.    Going back to paragraph 112.  At the end it
 7   says:  Likely to cause confusion.  Are you aware of
 8   any actual confusion by any customers with respect
 9   to what the alleged Anthem improper use of the
10   Global Force Wrestling or GFW marks?
11   A.    Can you clarify the question?  I want to make
12   sure.  Am I aware --
13   Q.    Are you aware of any actual confusion by
14   consumers or customers of Anthem Wrestling's
15   allegedly improper use of the Global Force Wrestling
16   or GFW marks?
17   A.    Yes.
18   Q.    Tell me, what is it?
19   A.    From the time that we split through generally
20   most of 2018, the wrestling fans continued to ask
21   questions in general like are you a part of Impact?
22   Did you leave Global Force and Impact?  Does Impact
23   own GFW?  Does GFW own Impact?  Just general
24   confusion in the marketplace on where things stood.
25   Q.    Similar to kind of that newspaper article we

www.huseby.com                Huseby, Inc. Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-00749   Document 165-1   Filed 06/12/20   Page 2 of 6 PageID #: 2406

```
 1   looked at earlier from June of 2017, where even in
 2   that article there was the Tennessean article where
 3   he's talking about GFW where, again, it's not --
 4   even the author of that article wasn't necessarily
 5   accurately kind of stating things there?  It's that
 6   type of confusion?  It's similar to that type of
 7   confusion?
 8              MR. MILLER:  Objection to form.
 9              THE WITNESS:  I don't -- I -- I would --
10   I would not classify them exclusively in the same
11   category.
12   BY MR. LEE:
13   Q.    Okay.  So after the split through 2018, when
14   the wrestling fans would have this type of
15   confusion, how was that conveyed to you?  Who was
16   that conveyed to, to you individually or to Global
17   Force Entertainment?
18   A.    Both.
19   Q.    How did they convey that confusion to you?
20   A.    To me personally, at events, conventions,
21   wrestling shows, wrestling events.  And then on --
22   through social media.
23   Q.    Do you have -- so what social media accounts
24   does Global Force Entertainment have?
25   A.    Instagram, YouTube, Twitter, Facebook.
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-00749   Document 165-1   Filed 06/12/20   Page 3 of 6 PageID #: 2407

```
 1  times.  The Tag Team Title.  The European Title.
 2  That's it.
 3  Q.     Did you wrestle at WrestleMania during your
 4  time with WWE?
 5  A.     Yes.
 6  Q.     Did you wrestle at WrestleMania XI?
 7  A.     Yes.
 8  Q.     And that would be --
 9  A.     XI.
10  Q.     -- XI, yeah.  Wrestled at WrestleMania XI
11  against Razor Ramon?
12  A.     Yes.
13  Q.     Razor Ramon.  And did you wrestle in
14  WrestleMania XV?
15  A.     XIII.
16  Q.     XIII.  You didn't wrestle in XI or XV as
17  well?
18  A.     You're going to get me confused.
19  Q.     How many WrestleManias do you recall
20  wrestling at?
21  A.     X, XI.  In Hartford.  Philly.  I'm trying to
22  think of the other ones.  Several.
23  Q.     So several.  Were those WrestleManias
24  broadcast?
25  A.     Yes.
```

www.huseby.com    Huseby, Inc. Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-00749   Document 165-1   Filed 06/12/20   Page 4 of 6 PageID #: 2408

```
 1  Q.    Were they recorded and now sold on DVD
 2  format?
 3  A.    Yes.
 4  Q.    Do they continue to be hold by the WWE on DVD
 5  format?
 6  A.    Yes.
 7  Q.    During your time with the WWF, which is now
 8  the WWE, did you appear on numerous pay-per-view
 9  events and televised wrestling matches?
10  A.    Yes.
11  Q.    Were many of those recorded by the WWE?
12  A.    All of them.
13  Q.    Are any -- to your knowledge are any of them
14  still available for streaming on WWE service or
15  through purchasing from the WWE?
16  A.    Yes.
17  Q.    Who, if anyone, is Bob Holly?
18  A.    Real name Bob Howard from Southern Alabama.
19  I started working with Bob in the late '80s.  His
20  professional name/persona became Sparky, Spark Plug
21  Bob Holly, and then later just Bob Holly.
22  Q.    Did you wrestle Bob Holly for the
23  Intercontinental Title in April of 1995?
24  A.    Yes.
25  Q.    Who, if anyone, is Cactus Jack?
```

www.huseby.com     Huseby, Inc. Regional Centers     800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-00749   Document 165-1   Filed 06/12/20   Page 5 of 6 PageID #: 2409

```
 1                REPORTER'S CERTIFICATE

 2

 3             I, Deborah Harris Honeycutt, LCR, Notary

 4   Public and Court Reporter, do hereby certify that I

 5   recorded to the best of my skill and ability by

 6   machine shorthand all the proceedings in the

 7   foregoing transcript, and that said transcript is a

 8   true, accurate, and complete transcript to the best

 9   of my ability.

10             I further certify that I am not an

11   attorney or counsel of any of the parties, nor a

12   relative or employee of any attorney or counsel

13   connected with the action, nor financially

14   interested in the action.

15             SIGNED this 2nd day of December, 2019.

16

17                    [Signature: Deborah J Harris]

18             _____

19             Deborah Harris Honeycutt, LCR

20

21   My Notary commission expires:  5/05/2020

22   Tennessee LCR No. 472
     Expires:  6/30/2020
23

24

25
```

www.huseby.com    Huseby, Inc. Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-00749    Document 165-1    Filed 06/12/20    Page 6 of 6 PageID #: 2410