# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| **GLOBAL FORCE ENTERTAINMENT, INC. and JEFFREY JARRETT** | ) ) ) | |
| | ) | **CIVIL ACTION NO. 3:18-cv-00749** |
| Plaintiffs/Counter-Defendants, | ) ) | |
| | ) | **CHIEF JUDGE CRENSHAW** |
| v. | ) | **MAGISTRATE BARBARA D. HOLMES** |
| | ) | |
| **ANTHEM WRESTLING EXHIBITIONS, LLC,** | ) ) | **JURY DEMAND** |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

## DECLARATION OF SARA R. ELLIS

I, Sara R. Ellis, declare and state as follows:

1.      I am over the age of 21 and have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.      Plaintiff produced is Sixth Production of Documents to Defendants on May 9, 2020.

3.      The production consisted of only forty-five separate documents.

4.      Of those forty-five documents, forty were screen shots of publicly available websites.

5.      Three  of remaining five documents are comprised of an email dated May 23, 2017 and related attachment sent by Defendant's president Ed Nordholm.

6.       The remaining two documents contain receipts from May 28, 2020 for the purchase of third-party videos containing, in part, Mr. Jarrett's WWE WrestleMania and other wrestling performances.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated: ___June 12, 2020__                              __/s/ *Sara R. Ellis*_____
                                                                      Sara R. Ellis