

Dec 31 2016 Post re-org Org Chart

CONFIDENTIAL

ANTH-0012566_0001

EXHIBIT 124