1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE MIDDLE DISTRICT OF TENNESSEE

3                      AT NASHVILLE

4

5       -------------------------

6       GLOBAL FORCE                )

7       ENTERTAINMENT, INC. and    )

8       JEFFREY JARRETT             )

9                    Plaintiffs/)

10          Counter-Defendants,)   CIVIL ACTION NO.

11      v.                          )   3:18-cv-00749

12                                  )

13      ANTHEM WRESTLING            )

14      EXHIBITIONS, LLC,           )

15                   Defendant/)

16           Counter-Plaintiff.)

17      -------------------------

18

19                      ------------

20      ---  This is the Videotaped Deposition of

21      LEONARD ASPER, taken at the offices Neesons, a

22      Veritext Company, 77 King Street West, Suite

23      2020, Toronto, Ontario, Canada, on the 13th day

24      of  November, 2019.

25                      ------------

Case 3:18-cv-00749  Document 167-4  Filed 06/12/20  Page 1 of 12 PageID #: 2465

1    question without interrupting me and I will give

2    you the same courtesy of responding without

3    interrupting you, is that okay?

4              A.  Yes.

5              Q.  Normally I would say this is not

6    a sprint type of deposition, that it's a

7    marathon, but I understand that you have time

8    commitments and you need to leave around 1:30

9    today, eastern?

10             A.  Yes.

11             Q.  Is there anything about your

12   physical, mental or emotional condition today

13   that will not allow you to understand my

14   questions, answer them completely and answer

15   them truthfully?

16             A.  No.

17             Q.  Are you currently employed?

18             A.  Yes.

19             Q.  By whom are you employed?

20             A.  Directly by Sygnus Holdings,

21   Sygnus Corporation.

22             Q.  How do you spell "Sygnus"?

23             A.  S-Y-G-N-U-S.

24             Q.  Are you employed by anyone else?

25             A.  I'm not employed.  I'm a

Case 3:18-cv-00749  Document 167-4  Filed 06/12/20  Page 2 of 12 PageID #: 2466

1    contractor to Anthem Sports and Entertainment.

2           Q.   When you say Anthem Sports and

3    Entertainment is that Anthem Sports and

4    Entertainment Corp.?

5           A.   I'm not sure.  I believe it's

6    Inc., Anthem Sports and Entertainment, Inc.

7           Q.   Is that a Canadian company or an

8    American company?

9           A.   No, it's a Delaware company.

10          Q.   It's a Delaware company.

11          A.   If I'm not wrong it's either that

12   or a corporation, which is the Ontario company.

13   So you can check that.

14          Q.   So let me ask again, because this

15   may be my only opportunity to depose you.

16          A.   Okay.

17          Q.   So you're employed by Sygnus, you

18   have an independent contractor relationship with

19   Anthem Sports and Entertainment, Delaware?

20          A.   Yes.

21          Q.   And that may be Inc., it may be

22   Corp. but it's a Delaware company?

23          A.   Yes.

24          Q.   Do you have an employment or

25   independent contract relationship with any other

1    in Delaware.

2            Q.   So the Canadian company is Anthem

3    Sports and Entertainment Corp., the Delaware

4    company is Anthem Sports and Entertainment,

5    Inc.?

6            A.   Yes.

7            Q.   I'm just trying to keep this --

8            A.   I'm trying to remember now.  I

9    actually believe that Sygnus -- I'm trying to

10   remember now.

11           Can I produce a document that gives

12   you a corporate structure after this?  They're

13   owned through various subsidiaries so I'm not

14   sure which.

15           Q.   We're happy to accept that

16   document.

17           A.   Yeah.

18           Q.   And we can add it as a late-filed

19   exhibit but I'm not going to assign a number to

20   it right just now for simplicity.  Is that okay?

21           A.   Okay.

22           Q.   So as you sit here today without

23   that document, Sygnus owns Anthem Sports and

24   Entertainment, the Canadian company; Anthem

25   Sports and Entertainment, the Delaware company,

Case 3:18-cv-00749  Document 167-4  Filed 06/12/20  Page 4 of 12 PageID #: 2468

1      Canada.

2              Q.   Does Anthem Sports and

3      Entertainment Canada have any offices?

4              A.   Yes.

5              Q.   Where are those offices located?

6              A.   In Toronto.

7              Q.   Are they located anywhere outside

8      Toronto?

9              A.   No.

10             Q.   Is there an office of Anthem

11     Sports and Entertainment Canada in New York

12     City, for example?

13             A.   No.

14             Q.   And I think I asked you if there

15     are any employees of Anthem Sports and

16     Entertainment, Delaware?

17             A.   Not to my knowledge.

18             Q.   Does Anthem Sports and

19     Entertainment Delaware have any offices?

20             A.   No.

21             Q.   What is the operational

22     relationship between Anthem Sports and

23     Entertainment Canada and Anthem Sports and

24     Entertainment Delaware?

25             A.   There's no operational

Case 3:18-cv-00749   Document 167-4   Filed 06/12/20   Page 5 of 12 PageID #: 2469

1      relationship, it's just pure structural and a

2      corporate one.

3                  Q.   They're just shells?  Is that

4      pretty much --

5                  A.   I'm trying to -- I'm trying to

6      remember which one actually the employees are

7      in, but it houses the main corporate group of --

8      that runs the company.

9                  Q.   Who would know the answer to the

10     question about where the employees are?

11                 A.   Ed Nordholm.

12                 Q.   I'll ask him.

13                 What, if anything, is Anthem Sports

14     Exhibitions, LLC?

15                 A.   Pardon me?

16                 Q.   Sorry, what, if anything, is

17     Anthem Wrestling Exhibitions, LLC?

18                 A.   Before you leave, just I can say

19     I believe, but I believe the employees are

20     employed by the Canadian company and the

21     Canadian company provides services to the U.S.

22     company.

23                 Q.   Is there a services agreement, a

24     written services agreement between Anthem Sports

25     and Entertainment, Canada, and Anthem Sports and

Case 3:18-cv-00749  Document 167-4  Filed 06/12/20  Page 6 of 12 PageID #: 2470

1     TV channel, that's owned by Anthem.

2           Q.   So the Fight Media Group, where's

3     that based?

4           A.   Toronto.

5           Q.   Does it have any employees?

6           A.   Yes, it does.

7           Q.   Who are its employees?

8           A.   There would be a group of about

9     seven or eight of them.  I'm not sure it would

10     be people -- do you want the names?

11           Q.   Yes.

12           A.   I could name some but not all.

13     George Barboza [ph] would be one, Albert

14     Vartenian, Ariel Shnerer .

15           Q.   Anyone else?

16           A.   Glen McDonald.

17           Q.   Anyone else?

18           A.   I think I would rather just

19     provide a chart because employees have gone

20     from -- have changed from asset to asset.

21           So some have -- when we set up a new

22     channel, for example, some left one and started

23     at the other.  So I don't keep tabs on the exact

24     employees of Fight Network.

25           There's a dedicated group of people

Case 3:18-cv-00749  Document 167-4  Filed 06/12/20  Page 7 of 12 PageID #: 2471

```
1    who work solely for Fight Network.
2              Q.    Is there a corporate flow chart,
3    or a chart, organizational chart that you guys
4    keep?
5              A.    Yes.  I'm not sure it's
6    up-to-date but we do generally keep one, yes.
7              Q.    How do you determine which
8    employees are working for which company at which
9    time?
10             A.    What they do during the day.
11             Q.    Are the Fight Media --
12             A.    So there would be dedicated
13   employees to specific businesses that only work
14   for that business, and then there would be other
15   employees, like this chief financial officer,
16   who would do work for each of the businesses,
17   obviously, and his time would be allocated.
18             Q.    Do you have any title -- I'm
19   sorry, I didn't mean to interrupt you.
20             A.    Go ahead.
21             Q.    The Fight Media, you said it's
22   called Fight Media LLC?  Or what is the full
23   name?
24             A.    I believe it's Fight Media Group
25   Inc..
```

Case 3:18-cv-00749  Document 167-4  Filed 06/12/20  Page 8 of 12 PageID #: 2472

1    or had a relationship with Anthem Sports and

2    Entertainment Delaware?

3         A.   From the time it was

4    incorporated.  I don't remember when it was

5    incorporated.

6         Q.   What, if anything, does Anthem

7    Sports and Entertainment Delaware do?

8         A.   It oversees the operations of its

9    subsidiaries.  It carries on business as a -- as

10   compared to Anthem Sports and Entertainment

11   Corp. --  I'm not sure what you mean by "do".

12        Q.   What does the company do?

13        A.   It operates its businesses.

14        Q.   Okay.  What are its businesses?

15        A.   Its businesses are the

16   subsidiaries, Fight Network et al., Game Plus,

17   Game TV.  It either manages them or provides

18   services to them.

19        Q.   Anthem Sports -- does Anthem

20   Sports and Entertainment Delaware own any

21   companies outside of the U.S.?

22        A.   I'm not familiar with our

23   corporate structure.  I'm sorry, I don't know

24   the answer to that.

25        Q.   Do you have an external title

Case 3:18-cv-00749  Document 167-4  Filed 06/12/20  Page 9 of 12 PageID #: 2473

1     employee or were independent contractors?

2            A.   No, they wouldn't and they're not

3     expected.

4            Q.   And they wouldn't know that there

5     were 70 employees in Toronto or 70 independent

6     contractors, is that fair?

7            A.   Technically, but it would be

8     unusual for a company to describe all -- if it

9     had only independent contractors to say -- to

10    not say that in a document like this.

11           But everybody in reading this would

12    know, at least in our business, that there would

13    be a variety of relationships with the company.

14           Q.   I'm going to show you page 10.

15    According to page 10 of Exhibit 2 it says:

16                "Leonard Asper is the chief

17                executive officer of Anthem Sports and

18                Entertainment Corp."

19                Is that accurate?

20           A.   Yes.

21           Q.   And it says that:

22                "Ed Nordholm is the executive

23                vice-president and president of Impact

24                Wrestling.  "

25                Is that correct?

1        A.   That's correct that it says that,

2    yes.

3        Q.   Is that accurate?

4        A.   Yes.  In the sense that he

5    provides -- he is the president of Impact

6    Wrestling and provides services to Anthem.

7        Q.   Who, if anyone, is Niral

8    Merchant?

9        A.   He's the providing -- he's the

10   CFO, chief financial officer.

11       Q.   He's the CFO of Anthem Sports and

12   Entertain Corp., Canadian?

13       A.   Yes.

14       Q.   Is there a chief financial

15   officer for Anthem Wrestling Exhibitions, LLC?

16       A.   There's no one who holds that

17   specific title, but there's a -- I'm not sure of

18   the title of the person -- there's an account at

19   Impact Wrestling, but I don't know the title.

20       Q.   Who would be the person most

21   knowledgeabe of the flow-through of revenues and

22   profits from Anthem Wrestling Exhibitions to

23   Anthem Sports and Entertainment?

24       A.   Well, either of Ed or Niral, but

25   I'm not sure what you mean by "flow-through

Case 3:18-cv-00749   Document 167-4   Filed 06/12/20   Page 11 of 12 PageID #: 2475

1              REPORTER'S CERTIFICATE

2

3              I, HELEN MARTINEAU, CSR, Certified

4    Shorthand Reporter, certify;

5              That the foregoing proceedings were

6    taken before me at the time and place therein

7    set forth at which time the witness was put

8    under oath by me;

9              That the testimony of the witness and

10   all objections made at the time of the

11   examination were recorded stenographically by me

12   and were thereafter transcribed;

13             That the foregoing is a true and

14   accurate transcript of my shorthand notes so

15   taken.  Dated this 24th day of November, 2019.

16

17

18

19             PER:  HELEN MARTINEAU

20             CERTIFIED SHORTHAND REPORTER

21

22

23

24

25

Case 3:18-cv-00749  Document 167-4  Filed 06/12/20  Page 12 of 12 PageID #: 2476