IN, THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

--------------------------

GLOBAL FORCE )
ENTERTAINMENT, INC. and )
JEFFREY JARRETT )
Plaintiffs/)
Counter-Defendants,) CIVIL ACTION NO.
v. ) 3:18-cv-00749
)
ANTHEM WRESTLING )
EXHIBITIONS, LLC, )
Defendant/)
Counter-Plaintiff.)

--------------------------

------------

--- This is the Videotaped Deposition of NIRAL MERCHANT, taken at the offices Neesons, a Veritext Company, 77 King Street West, Suite 2020, Toronto, Ontario, Canada, on the 14th day of November, 2019.

------------

Case 3:18-cv-00749 Document 167-5 Filed 06/12/20 Page 1 of 9 PageID #: 2477

Q. D'Amore.

A. When I said I don't recall I was potentially thinking that he might be the other person. I just don't recall if he's on it or not.

Q. Have you attended any meeting of -- any management team meetings where Mr. D'Amore was on it?

A. Yes.

Q. What is your role, if any, with Anthem Wrestling?

A. I ostensibly have the chief financial role.

Q. What is the chief financial role?

A. You'd like me to describe my job?

Q. I would.

A. I handle the accounting, banking, treasury, invoicing and certain forms of corporate compliance, including payroll, healthcare related and, when and if required, troubleshooting issues that have something to do with a financial nature, such as leasing equipment or acquiring equipment, for example.

Q. Anything else?

A. I'm sure there are other things

corporate entity domiciled in Canada. Fight Media Group Inc. is a corporate entity -- is a corporate entity constanted in Delaware.

Q. So I've taken three depositions now, I've taken Mr. Asper, Mr. Nordholm and I've taken yours. All three of you have different testimony regarding the structure of the conglomerate.

And I apologize but I'm going to have to ask you questions about the structure now so that I understand what your understanding of the structure is.

At the top -- what's the top entity at the top of the Anthem Sports and Entertainment conglomerate?

A. Anthem Sports and Entertainment Inc. -- sorry, Anthem Sports and Entertainment Corp.

Q. Canada?

A. Thank you.

Q. Is that correct?

A. It's domiciled in Canada. That's not part of the name though.

Q. Just so I'm being clear that it's in Canada. What entity is beneath -- directly

Case 3:18-cv-00749 Document 167-5 Filed 06/12/20 Page 3 of 9 PageID #: 2479

beneath that on the organizational chart?

A. Our org chart is rather complex.

Q. I agree. That's why I'm asking the questions. So what is directly beneath --

A. Maybe we should give him an org chart but, anyhow, I'm not here to ask the questions.

MS. MILLS: Hold on just a second. We're willing to do that if that would -- because there is some confusion among the different parties and it was recently reorganized and maybe we can --

BY MR. MILLER:

Q. I'll spare you these questions if you can agree to provide me a 2017 org chart and a current org chart.

MS. MILLS: Can we do that? Have you got that?

THE DEPONENT: I should be able to find a version.

MR. MILLER: I guess 2018 too, to the extent the change occurred in 2018, because I don't know exactly when you did your restructure.

Case 3:18-cv-00749 Document 167-5 Filed 06/12/20 Page 4 of 9 PageID #: 2480

separate log-in? Or what accounting system does Anthem Wrestling use?

A. It now uses Great Plains from Microsoft Dynamics.

Q. In 2017 what did it use?

A. It would have used QuickBooks.

Q. What software does Anthem Sports and Entertainment Canada use for its accounting?

A. Microsoft Dynamics or Great Plains.

Q. What about the other entities within the Anthem Sports and Entertainment conglomerate for which you're a CFO, what accounting systems do they use?

A. For the most part Great Plains or Microsoft Dynamics.

Q. Does the accounting information from Anthem Wrestling upload or populate into the accounting system for Anthem Sports and Entertainment Canada in any way?

A. No.

Q. So they're a hard separation?

A. They are separate.

Q. I'm now going to show you what we'll mark as 77 -- Exhibit 77.

A. No.

Q. Do you have any first-hand knowledge as to how that superior allegedly came up with 10 percent?

A. No.

Q. So, as we sit here today you don't have any first-hand knowledge of the name of the person that came up with that 10 percent or how that person came up with the 10 percent number, correct?

A. Correct.

Q. Where it says:

"Merchandise labour, 1 and 2, August to December EST at 5 percent."

What does that mean?

A. That means that my accountant took the $11,872 out of the general ledger and took 5 percent of it to allocate to this activity.

Q. Which accountant was it?

A. The accountant that works for the company.

Q. So the third party? It's an outside accountant?

A. No, no.


Case 3:18-cv-00749 Document 167-5 Filed 06/12/20 Page 6 of 9 PageID #: 2482

Q. Okay. So what's the name of the accountant?

A. At the time it would have been a gentleman named, more likely than not, Paddy Tong.

Q. What is Paddy Tong's title?

A. Accountant, General Accountant.

Q. Who pays Paddy Tong?

A. He is paid -- he is domiciled in Canada and, therefore, he's paid by Anthem Sports and Entertainment Canada.

Q. Is he part of the managerial -- overall managerial fee of the services that are provided, pursuant to the managerial fee that AWE pays to Anthem Sports and Entertainment?

A. No.

Q. How does that relationship -- how does Paddy Tong's relationship work with AWE? How is he paid?

A. He's paid by Anthem Sports and Entertainment Canada; Anthem Sports and Entertainment Canada would then bill AWE for. Paddy's specific time.

Q. It's not included in the overcall managerial fee?

A. Not his role.

Q. Why is it not included in the overall managerial?

A. Because it's very easy to identify him as one particular employee for AWE. It just so happens that he's domiciled in Canada and so it's very difficult, on a cross-border basis, to have him get paid by a U.S. company working here.

Q. Is he an employee of Anthem Sports and Entertainment Canada?

A. Yes.

Q. So he doesn't have a services agreement, he's an actual employee?

A. Correct.

Q. How did Mr. Tong, am I right in saying that correctly? Tong?

A. Tong, yeah.

Q. How did Mr. Tong estimate, and I assume that's what "EST" means, estimate at 5 percent? What did he mean by "estimate at 5 percent"?

A. He would have estimated the amount of time of the merchandise labour, that was related to the work that was done by the

REPORTER'S CERTIFICATE

I, HELEN MARTINEAU, CSR, Certified Shorthand Reporter, certify;

That the foregoing proceedings were taken before me at the time and place therein set forth at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and accurate transcript of my shorthand notes so taken. Dated this 24th day of November, 2019.

PER: HELEN MARTINEAU

CERTIFIED SHORTHAND REPORTER