1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE MIDDLE DISTRICT OF TENNESSEE

3                    AT NASHVILLE

4

5     -------------------------

6     GLOBAL FORCE                )

7     ENTERTAINMENT, INC. and   )

8     JEFFREY JARRETT              )

9                 Plaintiffs/)

10         Counter-Defendants,)  CIVIL ACTION NO.

11    v.                          )  3:18-cv-00749

12                                )

13    ANTHEM WRESTLING            )

14    EXHIBITIONS, LLC,           )

15               Defendant/)

16         Counter-Plaintiff.)

17    -------------------------

18

19                    ------------

20    ---  This is the Videotaped Deposition of ED

21    NORDHOLM, taken at the offices Neesons, a

22    Veritext Company, 77 King Street West, Suite

23    2020, Toronto, Ontario, Canada, on the 12th day

24    of November, 2019.

25                    ------------

Case 3:18-cv-00749  Document 167-6  Filed 06/12/20  Page 1 of 5 PageID #: 2486

1    also a corporate title.

2            Q.   So what is that title?

3            A.   I'm the president of Anthem

4    Wrestling, I'm currently the chief corporate

5    officer of Anthem Sports & Entertainment Canada

6    and of Anthem Sports & Entertainment Delaware.

7            Q.   Who do you report to?

8            A.   I report in the context of

9    Anthem Wrestling to -- there's a board of

10   managers.  And then in the context of Anthem

11   general corporate I report to Mr. Asper.

12           Q.   Who is on the board of managers

13   for Anthem Wrestling?

14           A.   Myself, Mr. D'Amore, Leonard

15   Asper, Niral Merchant and Peter Einstein.

16           Q.   You said you report to this board

17   of managers.  You're the president.  What role

18   does Mr. D'Amore hold, or what title does he

19   hold?

20           A.   Mr. D'Amore is an independent

21   contractor as well, but he has the title of

22   executive vice president of Anthem Wrestling.

23           Q.   So you -- among other people you

24   report to -- you as the president report to the

25   executive vice president?

Case 3:18-cv-00749   Document 167-6   Filed 06/12/20   Page 2 of 5 PageID #: 2487

1    October 31, 2018.

2             Q.   And you are both an officer of

3    Anthem Sports & Entertainment Canada and Anthem

4    Wrestling, correct?

5             A.   Yes.

6             Q.   And you're actually paid by

7    Anthem Sports & Entertainment Canada, correct?

8             A.   Yes.

9             Q.   And yet you're the president of

10   Anthem Wrestling, correct?

11            A.   Correct.

12            Q.   So someone that is paid by Anthem

13   Sports & Entertainment Canada to run Anthem

14   Wrestling is not exerting control over the daily

15   affairs of Anthem Wrestling?

16            A.   I exercise control as an officer

17   of Anthem Wrestling.

18            Q.   Even though you're unpaid?

19            A.   Recognizing my fiduciary duty is

20   to Anthem Wrestling in that capacity.

21            Q.   Even though you're not paid by

22   Anthem Wrestling?

23            A.   Well, Anthem Wrestling is --

24   bears my expense.  Whether I get paid in Canada

25   it's -- that salary is charged to Anthem

Case 3:18-cv-00749  Document 167-6  Filed 06/12/20  Page 3 of 5 PageID #: 2488

1    Wrestling.

2              Q.   So is there a services agreement

3    between Anthem Wrestling and Anthem Sports &

4    Entertainment Canada for your services?

5              A.   Just intercompany accounting, my

6    salary and the salary of the Toronto people that

7    are focused on Impact Wrestling or Anthem

8    Wrestling are charged back to Anthem Wrestling.

9              Q.   So there is some shared

10   accounting among the entities?

11             A.   Not shared accounting.  There's

12   a -- charges back-and-forth, yes.  It doesn't

13   change -- the books and records are kept

14   separate.

15             Q.   So it's a paper transaction; it's

16   not a -- not anything other than that.  Is that

17   what you're saying?

18             A.   What do you mean by "paper

19   transaction"?

20             Q.   Well, it's recorded -- you take a

21   credit on our books and then a debit on their

22   books, right?

23             A.   For the salaries of the people

24   that are employed almost -- like, that are

25   employed on the Anthem Wrestling business.

1                REPORTER'S CERTIFICATE

2

3                I, HELEN MARTINEAU, CSR, Certified

4      Shorthand Reporter, certify;

5                That the foregoing proceedings were

6      taken before me at the time and place therein

7      set forth at which time the witness was put

8      under oath by me;

9                That the testimony of the witness and

10     all objections made at the time of the

11     examination were recorded stenographically by me

12     and were thereafter transcribed;

13                That the foregoing is a true and

14     accurate transcript of my shorthand notes so

15     taken.  Dated this 25th day of November, 2019.

16

17

18

19     PER:  HELEN MARTINEAU

20     CERTIFIED SHORTHAND REPORTER

21

22

23

24

25