UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC., and JEFFREY JARRETT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) NO. 3:18-cv-00749 |
| ANTHEM WRESTLING EXHIBITIONS, LLC, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

By Wednesday, **June 17, 2020** the parties shall file amended witness lists that includes a one to two sentence summary of the anticipated testimony for each witness. By the same date, the parties shall file amended exhibit lists in 14-point size Times New Roman font.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1