UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| GLOBAL FORCE ENTERTAINMENT, | ) |
|---|---|
| INC., and JEFFREY JARRETT, | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:18-cv-00749 |
| ANTHEM WRESTLING EXHIBITIONS, LLC, | ) |
| Defendants. | ) |

## ORDER

Plaintiffs have made inconsistent representations to the Court. On June 19, 2020, after the final pretrial conference, Plaintiffs filed "Plaintiffs' Notice of Errata" to which is attached Plaintiffs' "Response in Opposition to Defendant's Motion In Limine." (Doc. No. 197). Plaintiffs say its Response was served on Defendant on June 12, 2020, but was "inadvertently" not filed with the Court. During the final pre-trial conference Plaintiffs told the Court that its Response had been timely filed. Apparently recognizing their error Plaintiffs now attempt to do indirectly what they did not do directly.

Moreover, a "Notice of Errata" is not the proper procedural device to late file a response that needs the permission of the Court after consultation with Defendant. Accordingly, the Clerk shall strike Document Number 197. The Plaintiffs may file a motion to late file its response, providing the Court good cause for the motion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE