# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC. and JEFFREY JARRETT ) ) ) ) | ) |
| Plaintiffs/Counter-Defendants, ) | CIVIL ACTION NO. 3:18-cv-00749 |
| ) | |
| v. ) | CHIEF JUDGE CRENSHAW |
| ) | MAGISTRATE JUDGE HOLMES |
| ANTHEM WRESTLING ) | |
| EXHIBITIONS, LLC, ) | JURY DEMAND |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## NOTICE OF FILING OF SPORTS BROADCASTS DEFENSE JURY INSTRUCTION

Plaintiffs Global Force Entertainment, Inc., and Jeffrey Jarrett (collectively "Plaintiffs") hereby submit the proposed jury instruction for the Sports Broadcast Defense.

Dated: June 27, 2020

Respectfully submitted,

MILLER LEGAL PARTNERS PLLC

/s/ Samuel F. Miller

Samuel F. Miller, TN Bar No. 22936
Sara R. Ellis, TN Bar No. 30760
Hayley H. Baker, TN Bar No. 037439
Fifth Third Center–Suite 2000
424 Church Street
Nashville, Tennessee 37129
Tel/Fax: (615) 988-9590
Email: SMiller@millerlegalpartners.com
   Sellis@millerlegalpartners.com
   Hbaker@millerlegalpartners.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 27th day of June 2020, the foregoing document was filed via ECF upon the following:

Paige W. Mills
Ashleigh Karnell
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
pmills@bassberry.com
ashleigh.karnell@bassberry.com

                                        /s/ Samuel F. Miller
                                        Samuel F. Miller