UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC., and JEFFREY JARRETT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) NO. 3:18-cv-00749 ) |
| ANTHEM WRESTLING EXHIBITIONS, LLC, | ) ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons stated on the record on July 6, 2020, the jury trial shall be in recess until **July 21, 2020,** at 9:00 a.m. A follow-up telephonic status conference is set for **July 10, 2020** at 9:00 a.m. The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE