UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
TENNESSEE NASHVILLE
DIVISION

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC., and JEFFREY JARRETT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    NO. 3:18-cv-00749 ) |
| ANTHEM WRESTLING EXHIBITIONS, LLC, | ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons stated on the record on July 10, 2020, the jury trial shall resume on **July 20, 2020**, at 8:00 a.m.

IT IS SO ORDERED.

                                                    WAVERLY D. CRENSHAW, JR.
                                                    CHIEF UNITED STATES DISTRICT JUDGE