UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC. and JEFFREY JARRETT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:18-cv-00749 ) |
| ANTHEM WRESTLING EXHIBITIONS, LLC, | ) ) |
| Defendant. | ) ) |

## ORDER

In accordance with the discussion at the conference on July 21, 2020, and in anticipation of Phase II of this case relating to damages, the parties shall file supplemental briefing on the following issues: (1) willfulness and the election of remedies in light of <u>Concrete Spaces, Inc. v. Sender</u>, 2 S.W.3d 901 (Tenn. 1999); (2) whether the Court erred in failing to instruct on comparative negligence and, if so, whether that was invited, plain or clear error; (3) whether the mistake in question 20 on the Verdict Form relating to the breach of the duty of loyalty is problematic; and (4) apportionment under the Lanham Act. Those briefs shall be filed by **8:00 a.m. on Friday, July 24, 2020**. Also by that deadline, the parties shall file their proposed instructions on damages. If the parties can agree on some or all of those instructions because most will be covered by pattern instructions, that will be greatly appreciated by the Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE