UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
TENNESSEE NASHVILLE
DIVISION

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC., and JEFFREY JARRETT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) NO. 3:18-cv-00749 ) |
| ANTHEM WRESTLING EXHIBITIONS, LLC, | ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff Global Force Entertainment, Inc. shall file a Memorandum of Law in support of its Notice of Error (Doc. No. 237) and the relief requested by Friday, **July 24, 2020** at noon. The Defendant shall file a response by 5:00 p.m. **July 27, 2020.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE