UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLOBAL FORCE ENTERTAINMENT, INC. and JEFFREY JARRETT, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHEM WRESTLING EXHIBITIONS, LLC, <br><br> Defendant. | No. 3:18-cv-00749 |

## ORDER

In a July 30, 2020 ruling from the bench, the Court declared a mistrial in this case and a new trial was ordered in accordance with Rule 59 of the Federal Rules of Civil Procedure because cumulative errors by both the Court and counsel resulted in neither party receiving a fair trial. This included, but was not limited to, (1) the Court's failure to instruct on comparative negligence; (2) the identity of the wrong entity in the verdict form on the counterfeiting claim; (3) improper comments by Defendant's counsel in opening statements; and (4) improper statements by Plaintiffs' counsel in closing arguments, all of which were discussed in detail in the Court's oral ruling. Accordingly, the jury is hereby **DISCHARGED**, and the Clerk shall note on the docket that a **MISTRIAL** has been declared.

A status conference will be held on **September 11, 2020 at 9:00 a.m** to set a new trial date.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE