# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **TENNESSEE**

GLOBAL FORCE ENTMT INC

V.

ANTHEM SPORTS & ENTMT

## EXHIBIT AND WITNESS LIST

Case Number: 3:18-cv-00749

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Waverly D. Crenshaw, Jr. | S. Miller, H. Baker, S. Ellis | Paige Mills, Ashley Karnell |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| June 29, 30 2020 - July 30, 2020 | Lise Matthews | Angela Brewer (June 29-July 2, 2020) Kelly Parise (July 20-30, 2020) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | WIT: Jeffrey Jarrett |
| 397 | | | | Y | Wrestle Mania XI DVD |
| 289 | | | | Y | Television scripts-AMP Series Episodes 101 -105 |
| 290 | | | | Y | Television scripts-AMP Series Episodes 106-110 |
| 291 | | | | Y | Television scripts-AMP Series Episodes 111-116 |
| 288 | | | | Y | KSTV Invoice 12/31/2015 |
| 401 | | | | Y | Certified Copy of Trademark Registration for Global Force Wrestling |
| 296 | | | | Y | GFW Twitter Page |
| 297 | | | | Y | Global Force Wrestling website |
| 205 | | | | Y | Email from PL to Ed Nordholm re: financial statements |
| 154 | | | | Y | Email from PL to Ed Nordholm re: August One Night Only Title Needed |
| 112 | | | | Y | Jeff Jarrett Executive Engagement and Acquistion of GFE Summary of Terms |
| 116 | | | | Y | GFW Press Release, 6/28/2017 |
| 131 | | | | Y | Email from PL to Ed Nordholm re: GFW/Impact Digital/Socials ,7/10/2017 |
| 252 | | | | Y | Memo (Suspension Letter) to PL, 9/7/2017 |
| 240 | | | | Y | Email to PL re: Termination, 10/23/2017 |
| 207 | | | | Y | Screenshots of Jeff Jarrett from WWE Website |
| 210 | | | | Y | GFW Amped Anthology Part I DVD |
| 211 | | | | Y | GFW Amped Anthology Part III DVD |
| 212 | | | | Y | GFW Amped Anthology Part II DVD |
| 213 | | | | Y | GFW Amped Anthology Part IV DVD |
| 348 | | | | Y | ShopImpact.com screenshot |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| GLOBAL FORCE ENTMT INC | | VS. | ANTHEM SPORTS & ENTMT | | CASE NO. 3:18-cv-00749 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 349 | | | | Y | GWN Screenshot |
| 203 | | | | Y | Amped: GFW Co-Production Agreement with A. Smith Productions |
| 279 | | | | Y | Email Chain, re: BCI GWN Distribution Agreement, 6/23/2015 |
| 280 | | | | Y | BCI Distribution Agreement |
| | | 7/1/2020 | | | |
| | 8 | | | Y | Email chain, PL offering all of GFW's social media accounts, 8/14/2017 |
| | 27 | | | Y | TN Secretary of State corporate records for GFW, LLC |
| | 28 | | | Y | TN Secretary of State corporate records for GFE, LLC |
| | 25 | | | Y | Complete USPTO trademark file for the mark GFW   *Admitted for limited purpose |
| | 12 | | | Y | Jeff Jarrett mark and signed consent |
| | | | | | WIT: Leonard Asper via video deposition |
| 105 | | | | Y | Email from Ed Nordholm to Len Asper re: Jarrett Term sheet and value of GFE brand, 3/15/2017 |
| 117 | | | | Y | Email from Ed Nordholm to Len Asper re: Jarrett, 1/20/2017 |
| 124 | | | | Y | Impact Investor Presentation Draft, 4/17/2017 |
| 137 | | | | Y | Email chain between Ed Nordholm, Len Asper, Ariel Shnerer, 9/6/2017 |
| 141 | | | | Y | Email chain from Chris Skinner to Shane Emerson re:GWN Impact Update, 3/23/2018 |
| | | | | | WIT: Scott D'Amore |
| 142 | | | | Y | Email chain, between D'Amore, and Nordholm, et al, re: Jarrett Situation, 9/17/2017 |
| 262 | | | | Y | Email chain between D'Amore and Nordholm re: it's doable, 9/11/2017 |
| 263 | | | | Y | Email chain between D'Amore and Nordholm re: it's doable, 9/11/2017 |
| | | 7/2/2020 | | | |
| | | | | | WIT: Niral Merchant |
| 200 | | | | Y | Email from Merchant to Ramkumar, re: We need to make this into a monthly cash flow, 9/20/2017 |
| 201* | | | | Y | Email attachment: 2018 Business Plan Impact Biz Plan (FIRST PAGE ADMITTED) |
| | | | | | WIT: Robert Brewer |
| | 11 | | | Y | Registration Certificate for Jeff Jarrett Mark (Admitted by the PL) |
| | | | | | WIT: Ed Lindquist Nordholm |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| GLOBAL FORCE ENTMT INC | | vs. | ANTHEM SPORTS & ENTMT | | CASE NO. 3:18-cv-00749 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 155 | | | | Y | Anthem International Licenses | |
| 157 | | | | Y | Email-Garrett Kidn Ed, Don Callis, Sonjay Dutt, Dave Hodgson, Ariel Shnerer re Sept 6 Min by Min | |
| 267 | | | | Y | Anthem Resp. to Pl's 1st Set of Rogs (Question 2) | |
| | 13 | | | Y | Assignment documents for Jeff Jarrett Mark | |
| | | | | | WIT: Kurt Myers | |
| | | | | | WIT: Josh Lomberger Matthews | |

Page 3 of 3 Pages