UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| GLOBAL FORCE ENTERTAINMENT, INC., and JEFFREY JARRETT, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 3:18-cv-00749 |
| ANTHEM WRESTLING EXHIBITIONS, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This case is set for a telephonic status conference on **August 12, 2020,** at 1:30 p.m.

The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE